WILENTZ, GOLDMAN & SPITZER, P.A.
Donna M. Jennings, Esq. (DJ7790)
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, New Jersey 07095
(732) 636-8000

-and-

STORZER & GREENE, P.L.L.C
Roman P. Storzer, admitted pro hac vice
1025 Connecticut Ave., N.W. Suite 1000
Washington, D.C. 20036
(202)857-9766
Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| YESHIVA GEDOLA NA'OS YAAKOV, INC., a New Jersey nonprofit corporation, and ZEBRA HOLDINGS II LLC, a New Jersey Limited Liability Company,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>TOWNSHIP OF OCEAN, N.J. and ZONING BOARD OF ADJUSTMENT OF THE TOWNSHIP OF OCEAN,<br><br>　　　　　　　Defendants. | Civil No. 3:16-00096 (FLW)(DEA)<br><br>**PLAINTIFFS'<br>NOTICE OF MOTION<br>FOR A PRELIMINARY<br>INJUNCTION** |

TO:   Howard B. Mankoff, Esq.
　　　Marshall Dennehey Warner Coleman & Goggin
　　　425 Eagle Rock Avenue, Suite 302
　　　Roseland, NJ 07068
　　　Attorney for Defendants Township of Ocean, N.J. and Zoning
　　　Board of Adjustment of the Township of Ocean

#8415368.1(163450.001)

**PLEASE TAKE NOTICE** that on a date to be set by the Court, the undersigned attorneys for Plaintiffs shall apply to the United States District Court for the District of New Jersey, at the Clarkson S. Fisher Federal Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey, 08608 for an order compelling Defendants to cease enforcement of ordinances that violate statutory and constitutional provisions and suppress religious freedom and directing the issuance of building and other permits so that Plaintiffs may begin interior renovations at the existing school building.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Plaintiff submits Declarations from several individuals (Donna M. Jennings, Rabbi Shlomo Lesin, Zeev Rothschild, Andrew Janiw, and Stephen Carlidge) in support of injunctive relief along with a Brief. A proposed form of Order is also submitted herewith.

I hereby certify that on February 4, 2016, the original of the within Notice of Motion for Preliminary Injunctive Relief, Brief, Declarations and the proposed form of Order, were filed (electronically) with the Clerk of the United States District Court for the District of New Jersey, and that a true copy of all the aforementioned papers were also served via UPS Overnight Mail upon all counsel of record listed above.

#8415368.1(163450.001)

**PLEASE TAKE FURTHER NOTICE** that oral argument is respectfully requested in the event Defendants oppose this motion.

DATED: February 4, 2016

WILENTZ, GOLDMAN & SPITZER, P.A.
Attorneys for Plaintiffs Yeshiva Gedola Na'os Yaakov and Zebra Holdings II LLC

By: _____
DONNA M. JENNINGS (DJ7790)

STORZER & GREENE, P.L.L.C
Roman P. Storzer, *admitted pro hac vice*
1025 Connecticut Ave., N.W.
Suite 1000
Washington, D.C. 20036