WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, New Jersey 07095
(732) 636-8000

-and-

STORZER & GREENE, P.L.L.C
Roman P. Storzer, *admitted pro hac vice*
1025 Connecticut Ave., N.W. Suite 1000
Washington, D.C. 20036
(202)857-9766
Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| YESHIVA GEDOLA NA'OS YAAKOV, INC., a New Jersey nonprofit corporation, and ZEBRA HOLDINGS II LLC, a New Jersey Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>TOWNSHIP OF OCEAN, N.J. and ZONING BOARD OF ADJUSTMENT OF THE TOWNSHIP OF OCEAN,<br><br>Defendants. | Civil No. 3:16-00096(FLW) (DEA)<br><br>**ORDER** |

This matter having been opened to the Court by Wilentz, Goldman & Spitzer, P.A., and Storzer & Greene, P.L.L.C., Attorneys for Plaintiffs Yeshiva Gedola Na'os Yaakov, Inc. and Zebra Holdings II LLC, for an Order compelling Defendants to

cease enforcement of ordinances that violate statutory and constitutional provisions and suppress religious freedom and directing the issuance of building and other permits so that plaintiffs may begin interior renovations at the existing school building; and the Court having considered the papers submitted, and for good cause having been shown,

It is on this _____ day of _____, 2016.

ORDERED that Defendants cease to enforce its ordinances that violate statutory and constitutional provisions and suppress religious freedo; and

ORDERED that Defendants issue all necessary building and other permits so that plaintiffs may begin interior renovations at the existing school building.

ORDERED that a copy of this Order be served upon all counsel of record within \_\_\_ days.

_____
U.S.D.J.