Email or Phone     Password
Sign Up
English (US) · Privacy · Terms · Cookies ·    Log In
☐ Keep me logged in   Forgot your password?
Advertising · Ad Choices · More
Facebook © 2016

**The Asbury Park Press**
January 11 at 4:00pm ·

A religious group denied permission to build a Talmudic Academy has filed a federal lawsuit alleging religious discrimination by the zoning board.

**Yeshiva group files suit against Ocean Township**
A Yehsiva group said they encountered bigotry in Ocean during Zoning Board hearings and are now suing the township
WWW.APP.COM

86 Likes   94 Comments   104 Shares

Like     Comment     Share

Betsy Holler-Louk, Sal Austin, Suzanne Sink and 83 others like this.   Top Comments

104 shares

**Barbara Whitt** Why is it every time they are denied it is religious discrimination but when the rest of us are denied it's because the town simply said no?
118 · January 11 at 4:13pm

Hide 12 Replies

**Kali J. Burgos** Exactly
January 11 at 4:54pm

**Robyn Janssen** Right??? So ridiculous.
1 · January 11 at 5:00pm

**Josefa Crujeiras Pateiro** Because the getting away with that excuse.
January 11 at 6:09pm

**Brandon Domingues-Oriundo** Exactly!
January 11 at 6:58pm

**Dan Perkins** BINGO!!!
January 11 at 7:37pm

**Dee Palm** Boo who. If any of us get denied let's use our religion and see where that gets us.? They are leeches
1 · January 11 at 8:07pm

**Rose Roseman** You, too can sue.
January 11 at 8:47pm

**Michelle Capasso Slattery** They cry the same thing up here in Rockland County NY
January 11 at 9:42pm

**Joshua Harrison** Because the law stipulates that
January 11 at 9:54pm

**Meggan McCormick** Exactly!!!! It's such crap that they pull that card every time..... "I didn't hit your car your car hit me b/c I'm a Hasidic "
5 · January 11 at 9:59pm

**Karen Burns** Because the have the time and funding to fight for years in court to get what they deem is right and just.
1 · January 12 at 5:24am



 **Barbara Whitt** Thats ok LOL
January 12 at 2:04pm

 **Suzanne Theresa** "I didn't see that coming" said no one ever.
59 · January 11 at 4:02pm

 **Thomas DiOrio** No one indeed
January 11 at 5:24pm

 **Alice B. Clayton** They have a school . Let's not have Lakewood north .
35 · January 11 at 4:03pm

 **Michelle Borriello** You can have your opinion but resorting to calling a human being of any race a name such as a parasite it shows your maturity level.
2 · January 11 at 4:23pm

 **Michelle Borriello** I am aware of the term and still don't think it's appropriate.
2 · January 11 at 5:40pm

**Karen E Ryan** I agree Michelle. It's a bigoted remark.
January 11 at 6:09pm

**Marc O. Tullio** Michelle Borriello You're right, they move into an area, assimilate everything, claim tax free status because they abuse religious tax exemptions and loopholes, the area's infrastructure then crumbles, and they move on. They are more of a virus. Sound horrible? Spend a weekend in Lakewood, enough said.
3 · January 12 at 1:52am

 **Vincent DiSalvio** Gee, what a surprise? Better lawyer up. If anyone didn't see this coming you're blind. This is the MO of this community no matter where they are located. Check out the Town of Ramapo in NY State. The feckless politicians and judges there gave away the town and school district over the last three decades. This is your future if you don't put a stop to this nonsense now. As usual when all else fails and you can't have it your way just cry anit-semitism or racism.
7 · January 11 at 6:56pm

 **Isabelle Potter** Maybe we the taxpayers should fire a federal lawsuit for religious discrimination......
28 · January 11 at 4:13pm

 **Kevin McGivney** Because they can get away with it.They also have a scam going for not paying taxes and collecting welfare because they are students.
27 · January 11 at 4:48pm

 **Kali J. Burgos** Students my ass!!
1 · January 11 at 4:55pm

 **Kevin McGivney** Kali J. Burgos my point exactly
1 · January 11 at 5:02pm

 **Lenny Klein** Like the church
January 11 at 7:22pm

 **Meggan McCormick** It's all such bullshit!!!
January 11 at 10:00pm

 **Cheryl Poling** These people don't pay Taxes they are nothing but leeches! They live off Social Services they aren't legally Married so they collect Social services! They have up 6 kids so they can collect and to keep their Race/religion going. When are Our Politicians going to Stop kissing their A$$'es for their Votes! Trust they are leeches! Be careful Ocean Township they aren't any Good come up to Sullivan County NY to see for yourself's! They are Sneaky they buy up Everything they live Tax Free!
3 · January 12 at 12:11am · Edited

 **Jason Thames** It is not necessarily anti-Semitic to be turned down for a zoning application. However, when there are hundreds or thousands of jeering people at a meeting, hysterical people all over town signing petitions and putting up signs on their lawns, and bigoted comments littering comment boards just for a simple variance application, then obviously there is something else going on. Good for the applicants to stand up for their rights and not being intimidated.
8 · January 11 at 4:50pm

Hide 14 Replies

 **Claudette Duffield** Or maybe everyone is tired of footing the tax bill for all the tax exempt properties. Lakewood has been run into the ground, we don't want that happening to our towns. Every home should be contributing to the local schools, police, and fire fighters. I'm sure you would fight low income housing projects moving in next to you, bringing down your property value. It's not about race or religion.

It's about one group not paying their fair share of the community services.

19 · January 11 at 6:02pm

**Jason Thames** If you characterize the situation about one group allegedly not paying their fair share, then you've proved their point. They will likely argue that the opposition is not about zoning, but just to keep people like them out, which is unconstitutional, illegal, and un-American.

January 11 at 6:09pm

**Claudette Duffield** Yes people who don't pay taxes. It's still not about their religion. Wouldn't be any different if the group was catholic or Muslim. However, the fact that they are applying for a variance shows the zoning is already against them. I wonder what they will do when there is no one left in their towns to pay taxes. Lakewood is on the verge of bankruptcy. What will they do when they have no cops or no money to fix roads? I find the situation in Lakewood very interesting.

3 · January 11 at 6:26pm

**Jason Thames** I find it interesting that you people keep bringing up Lakewood even though it is nowhere near Ocean Township. I also find it interesting that you have your facts wrong regardless. Lakewood isn't almost bankrupt, they had a budget surplus of $12 million. How much of a surplus did your town have?

1 · January 11 at 6:30pm

**Char Neigel** Claudette - seems to be very corrupt.

1 · January 11 at 6:30pm

**Claudette Duffield** If there is a $12 million surplus then why are the schools horrible and the area so run down? Why are they unable to properly bus their public school students? I don't shop in Howell because I don't want to drive through Lakewood. I would love to see a link supporting this surplus.

4 · January 11 at 6:53pm

**Jason Thames** Since you asked, hope this helps:

http://www.app.com/.../07/29/tax-increase-lakewood/30844577/



Lakewood budget: 6 things to know
Growth, surplus, help Lakewood hold the line on property taxes.
APP.COM

January 11 at 6:59pm

**Claudette Duffield** Then back to my questions, why does the town look so run down and the schools so horrible? If they have all this extra money why aren't they fixing the roads and improving the schools. My town has very good schools and is well maintained.

2 · January 11 at 7:08pm

**Jason Thames** The problem with the schools is complicated. Firstly, because the majority of the students are in private schools, they get far less state funding than the rest of the towns in the state. Secondly, the population growth is very high and the budget has to be fixed on the current population, not the anticipated population. In addition, the BOE can't raise the school taxes by more than 2% without a referendum.

January 11 at 7:16pm

**Claudette Duffield** Why is the town considered impoverished by the state? It has a lower state sales tax and my employer receives tax benefits to keep our plant in Lakewood and employ a minimum percent of Lakewood residents? Hopefully the state is aware of Lakewood's recent economic boom and businesses can start paying the regular state sales tax.

4 · January 11 at 7:34pm

**Deborah Williams** The schools were taken over by the state.
I don't understand. A zoning board is not required to grant a variance. If they want to change a school to a boarding school the town does not have to allow that.

2 · January 11 at 7:39pm

**Jason Thames** There are many residents in Lakewood who are poor. As the urban center of Ocean County, economic stimulus provides jobs and reduces poverty, as well as improves the economy of the whole region.

January 11 at 7:43pm

**James Quinn** Jason Thames? Nice pseudonym. What's your real name?

6 · January 12 at 3:52am

 **Erin B-Mcd** I don't like the idea of 100 men living in a dorm/home in the middle of a residential neighborhood. I don't care what religion you are.
January 12 at 3:52pm

 **Alina Feola** They complain when they get on airplanes if there is a woman sitting near them because its their "religion" to be separate from them and call it discrimination if the woman isnt made to move. Theyre just being ridiculous and need to stop pulling the religion card and move into the real world where they cant get whatever they want for free like 5 year olds anymore
5 · January 11 at 6:49pm

 **Erin B-Mcd** That happened to me about ten years ago out of JFK and I will never forget it. Half the plane was one group and we were delayed half hour rearranging seats. I was asked and refused simply bc they should have planned ahead and I paid for the seat I was sitting in. Made me bananas!!
January 12 at 4:05pm

 **Alina Feola** I commend you for that good job. We shouldn't have to bend over backwards just to appease their old-school ways of thinking
January 12 at 4:14pm

 **Linndy Foo** Ugh why ? There's not much room left to make another school... And don't try and make it religious discrimination
11 · January 11 at 4:09pm

 **Jason Thames** Why isn't there room? All they want to do is add a second floor to their existing building.
January 11 at 4:51pm

 **Chris Reimer** Well we can start with if you are adding a second floor means the first floor is at capacity. Adding a second then doubled the capacity of the school. Double the amount of busses cars and traffic in and out of the school. Doubling the strain on the surrounding community. If this is a residential community it will add a huge amount more traffic to the streets making driving more difficult and tedious. It will make the town then spend more money and resources directing said traffic and crossing guards for the kids to safely walk to and from the school. Schools do not pay taxes so who foots the bill for that then? You guessed it those people in the residential community that are frustrated sitting in traffic around the school. That is why there are planning board meetings for such variances before they are granted. So that everyday people can bring their concerns to the town. And if enough people from that area do not want the variance granted the town has an obligation to protect them.
4 · January 11 at 5:22pm

 **Jason Thames** There won't be any additional traffic because the extra students will live there and not drive.
January 11 at 6:16pm

 **Chris Reimer** They have to get there somehow dont they? And then there is the foot traffic I had mentioned as well. Or will they just stay shuttered in the building 24/7/365. There is no way you can say that expanding the existing school would have zero impact on the surrounding community.
1 · January 11 at 6:48pm

 **Jason Thames** The existing school has been there for years and hardly anybody even knows they're there.
January 11 at 8:47pm

 **Chris Reimer** Somehow I really doubt that. But the point is mute anyway. A decision was made by the town based on their findings after reviewing the case and findings of their investigations and those of outside firms hired to study the situation. The town did everything by the book bc they knew that they were going to be brought to court to back up their decision. You can not sue a town for discrimination based on the rants of biased people on the internet. You cant claim discrimination every time someone doesn't give into what you want. No everything is about race or religion. Sometimes it is just business.
1 · January 12 at 1:29pm

 **Jason Thames** Yup, that's what the town will argue and they have a good chance of being successful.
January 12 at 9:38pm

 **Tom Fittin** It's not religious though!!! People of Ocean could care less who or what you worship......it's about sanctity, peace of mind, and let's be honest, property values! We've all driven through the atrocity called Lakewood, we are not blind! We see the condition of the properties there, the roads, etc....why would you want to impose yourselves on a town that simply doesn't want your

school (welfare resort with classrooms)? And playing the race/religion card should be laughed out of court as quickly as a robber suing for falling down your stairs during a robbery, and suing for hospital bills. I can't wait for a real POTUS, and an end to this political correctness climate nurtured by Dems everywhere in the world. I'm in construction, and have had clients denied in Ocean for all sorts of things, we either changed the plans, or abandoned the project, which the Hasidics should just do in Ocean. Oy gevalt already. BTW, my kids and wife are half Jewish....so please do not say I am against Jews in any way. I'm a businessman, and if the deal stinks, run from the smell dumb dumbs....



5 · January 11 at 6:04pm

 **Evan M. Wright** I don't get the quote at the end. Are you being ironic? After trashing Democrats (which has little to do with this issue) you link a quote about the importance of Israel from a Democratic President? Are you trying to show that you love Jews because y... See More

1 · January 11 at 9:30pm · Edited

 **Tom Petzold** Oh those damged neighbors not wanting a NOT PERMITTED USE such as a bording school in their neighborhood. They MUST be racists!!!! SUE, SUE , SUEEEEEEEEEEEEEEEEEEE.....

I guess the group is hoping the town will back down and avoid the legal costs.

I hope they stand their ground, and fight. That is what the RESIDENTS wanted, otherwise they would not have come out en masse.

From what I understand they hardly even had plans that would show the town what EXACTKY they wanted to do.

Good job Ocean Twp Zoning Board, you did what you are there to do.

January 12 at 3:43pm

 **Kelly Deborah** That site is way too small and there is nothing like that elsewhere in the town. No one wants dorms next to their houses

5 · January 11 at 5:15pm

 **Erin B-Mcd** Thank u!! As I said on a other post I would not 100 men housed in my residential neighborhood. Sorry just don't like it.

1 · January 12 at 4:06pm

 **Bill Giglio** Would the Lakewood Zoning Board approve of a Christian Academy in THEIR town?

5 · January 12 at 2:30am · Edited

 **Linda Havens** these meetings were no way bigotry, more like no one from the other side could ever keep their stories straight and could never give a straight answer. There is a lot involved, it will continue to unfold

1 · January 11 at 7:51pm

 **Doris Molnar** Monmouth county/ ocean county is beat. They know how to work the system.

6 · January 11 at 4:20pm

 **Sharon Levine Harrison** I think they can use the App comments as proof of the religious hatred in making the decision - so I guess they can be thankful to App and the bigots who wrote those comments . Keep them coming it just helps their case.

January 11 at 9:44pm

 **Marc O. Tullio** Can't wait till they move to your neighborhood.
January 12 at 1:56am

 **Geri Gaffney Jannarone** Bravo Sharon. What a bunch of small minded bigots.
January 12 at 3:15am

 **Steven Wronko** Hmm you have a Constitutional right to be offensive..... You not them have a constitutional right NOT to be offended.... - Larry Flint
January 12 at 9:25am

 **Erin B-Mcd** 100 men should not be housed in a residential neighborhood no matter who they are.
January 12 at 4:08pm



 **Darlene Rue** Sick of these assholes - can't stand them living on our welfare money and not paying taxes because they live in houses of worship. Damn I live in a house of worship but I have to pay taxes. Also while I'm at it - these assholes need to take a shower once in awhile. Went into an isle in Walmart where a man was standing and WOW the stench that he threw off should have closed down Walmart!
2 · January 11 at 9:33pm · Edited

 **Marlboro Mann** Look at my earlier posts. Saw this coming miles away. BTW, most of the comments to this article appear to validate their complaint.
January 11 at 5:33pm · Edited

 **Marc O. Tullio** You judge a tree by it's fruit. Look at Lakewood as the prime example which has been repeated over and over on this thread. Their way of occupying territory, managing business, land, and the way it impacts local economics is detrimental and toxic to everyone else in the community and surrounding communities. Most people commenting here are not racist, they just don't want the economic impact their way of doing business to burden their lives. They actually go door to door telling you that they are buying the property around you and basically demand you sell to them now before they drive the property values down. It's time to abandon this destructive trend of political correctness because those who hide behind claims of discrimination are getting very adept at working the system.
January 12 at 2:11am

 **Eric Beresford** Give me a break....enough of using your religion for special treatment...turn off your own lights. ..find another country that will put up worth your bigotry
2 · January 11 at 8:23pm

 **Ed Foley** Here we go boys and girls , round 2 , build the sand bags and strap on the helmets ..... don't post anything that will get you in trouble...
January 11 at 8:16pm

 **Michelle Capasso Slattery** My sentiments exactly!!
January 11 at 9:49pm

 **Samantha Marie** And I'm sure the decision had nothing to do with the thousands of residents saying no or community outrage over it.
3 · January 11 at 5:12pm

 **Erin B-Mcd** Middletown at one point denied a Catholic girls school...why? Zoning!! No uproar over that one.
January 12 at 4:10pm

 **Sharon Gaffney Giusto** Isn't Ocean Twp a little far from home for them? Geesh..they're all over.
January 12 at 9:43am

 **Karen Mirando** The people in the town do NOT want a dormitory -school with grown men living across from a park. The people have spoken.
8 · January 11 at 4:48pm

 **Michelle Jackson** These people are straight vultures! Shadiest of all shady!
7 · January 11 at 4:18pm

 **Sandra Michaels** We all in town saw this coming
5 · January 11 at 4:04pm

 **Char Neigel** I give them 20 years, they'll own all of Monmouth and ocean counties.
3 · January 11 at 6:32pm

 **Jimmy Allan** They've destroyed Lakewood. Every town needs to keep these assholes out. They will bankrupt every town
4 · January 11 at 6:32pm

 **Jennifer Stiles Denley** Great. Residential is residential.
6 · January 11 at 4:09pm

 **Matty Matt** They are coming in to Bricktown too
2 · January 11 at 4:08pm

 **Christine Gregg Votta** Every time I say we need to stop this I'm called anti Semitic. This is out of control!!
2 · January 11 at 4:13pm

 **Matty Matt** Christine Gregg Votta not at all...there are MANY legitimate concerns to have about their community migrating into new towns....including real estate values, traffic, accidents/insurance....nothing to do with religion.
1 · January 11 at 4:22pm

 **Barbara Whitt** They are buying up condos in brick and then renting them out. Just like Lakewood as soon as they own 51% the tenants get thrown out and in they come. And you know the rest of the story.



1 · January 11 at 4:46pm

**Diane Arnone** After reading the articles I have been reading lately about all the molestation and the 2 infants who got herpes from grown adult men, with pictures I might add, I am sick to my stomach over it, expecially when I drive through Lakewood. Why doesn't the state step in and stop all this.
1 · January 11 at 5:19pm

**Matty Matt** they are constantly causing accidents and even run over their own kids!
1 · January 11 at 5:23pm

**Kelli Nicole** They are already here.
January 11 at 5:27pm

**Sissy Tma** We all new this was coming..lets hope they lose
2 · January 11 at 4:10pm

**Jefrey Roseff** oh boo hoo. styop sucking the life out of every town you violate
January 12 at 4:36am

**Dan Marvin** assholes. go back where you came from if you want to worship it so much
January 11 at 10:08pm

**Char Neigel** Religious discrimination is used every time they don't get their way. Kind of like spoiled brats.
1 · January 11 at 6:26pm

**Nichole Accatatta** Why? So they don't have to be taxed because it will belong to the "church"
1 · January 11 at 4:33pm

**Linda Maykish-Weimer** knew this was coming...
1 · January 11 at 4:24pm

**Cathryn Salisbury O'Donnell** People don't hate them because of their religion, they hate them for what they do.
1 · January 12 at 3:48am

**Bill Senck** The People said NO........let it be....
2 · January 11 at 5:08pm

**Daniel Downing** Way to play that religious/race card. Or whichever card they have.
January 11 at 6:00pm

**Gregory Gowen** Should we get it over with now and just give them the state?
January 12 at 8:40am

**Kelli Nicole** Of course they did and they will win.
January 11 at 4:02pm

**Karen Mirando** They lost their appeal in Jackson.
January 11 at 4:49pm

**Kelli Nicole** That's true the community needs to come together to stand up against them it's the only way.
1 · January 11 at 4:50pm

**Kevin Fallon** Tomsriver too!!
January 12 at 3:38am

**James Quinn** When all else fails and you don't get your way sue
January 12 at 7:43am

**Michael Edmonds** Have fun, they win most of those suits.
January 11 at 4:18pm

**Roxanne Johnson** They discriminate more then anyone yet are always the victim
January 12 at 10:11pm

**Melissa Wilson** Of course!!! Looks like it's time to move!
January 11 at 4:07pm

**Maureen Heckman** Get a job and make your money another way.
January 11 at 5:06pm

**Chi-chi Belle** Omg maybe Bc there's too many already!
January 11 at 4:48pm

**Denise Mcgrath** Purched my last APP today $1.50 KEEP IT!!!!!
January 11 at 4:11pm

**Frangia Skell** Shameless behavior - same behavior that got them kicked out of every country they ever sucked the life out of for the past 2000 years.

January 12 at 6:00am · Edited

**Donald Peter** And this is why jews have been persecuted all throughout history.
January 11 at 5:02pm

**Nick Marmolejo** Wow and here I thought we had a race problems between blacks and whites still..................
January 12 at 12:41am

**Sara Rose** Every Church should pay taxes!! Then these things wouldn't happen!!!
January 12 at 4:28am

**Betty Standhope** Hell no, no school! We pay enough for these users of others!
January 12 at 8:14am

**Ryan Paulino** Go back to lakewood
4 · January 11 at 4:21pm

**Gus Acevedo** Home rule.
January 12 at 4:34am

**Christine Forte** So it begins...
2 · January 11 at 4:03pm

**Ken Nowicki** seen that coming
1 · January 11 at 4:04pm

**Joey Bishop** They can never take no for an answer
1 · January 11 at 9:38pm

**Lisa Adesso** Not surprising
1 · January 11 at 4:01pm

> **Suzanne Theresa** Better hope it doesn't happen to you! Organize with neighbors now and get an attorney on retainer, that's what Ocean residents did.
> January 11 at 4:08pm

> **Lisa Adesso** We are. I live in toms river. So we are all United! Thankyou
> 3 · January 11 at 4:11pm

**Linda Bender** Lakewood not good
1 · January 11 at 4:14pm · Edited

**Deborah Burger** Bullies and extortionists
January 11 at 6:00pm

**Panagiotis Tsivis** What's discriminating about saying no?
January 11 at 10:13pm

**Jenn Pedersen** of course they did... what else is new
January 11 at 5:03pm

**Michael A Di Corcia** Of course they did...
January 11 at 6:01pm

**Michele Bobal** Of course it's discrimination...
January 11 at 4:45pm

**Ellen McGilloway** Shaking my head.
January 11 at 6:13pm

**Jennifer Porter Martinez** I am not a fan of organized religion!
19 hrs

**Jeanette Cordaro Tavaska** they are not going to stop
January 11 at 5:14pm

**Jacqueline Castaneda** They wanna take over everything
January 11 at 4:52pm

**Barbara Johnson Haelig** Shocking...
January 12 at 3:58am

**Pete Beringer** Of course they did.
January 11 at 6:25pm

**Mary Ellen Coleman DeVries** Tentacles
January 11 at 4:41pm

**Joe Iannello** Paving the way
January 12 at 4:53am

**Dan Perkins** oh for fucks sake
January 11 at 7:37pm



**Melody Smith** Just ridiculous. What assholes.
January 11 at 11:49pm

**Dngr Cls** No is no!
January 11 at 4:44pm

**Charla Godbolt** Go Away!
January 11 at 5:39pm

**Bill Sandow** Of course they did
January 11 at 5:01pm

**Michael Surck** We don't want it piss off
January 11 at 5:57pm

**Chuck Frizziola** Shocker.
January 12 at 6:48am

**Linda Weinberger Novick** Oy!
January 11 at 9:10pm