
TUESDAY, DECEMBER 1ST, 7 PM
OCEAN TOWNSHIP HIGH SCHOOL
WANAMASSA, WAYSIDE & OAKHURST RESIDENTS
YOUR ATTENDANCE IS CRUCIAL!
SHOW YOUR SUPPORT FOR NO DORMS!
No Dorm on Logan Road
Secret Group
Joined
Add People
Notifications
Discussion
Members
Events
Photos
Files
Search this group
Write Post
Add Photo / Video
Create Poll
Add File
Write something...
RECENT ACTIVITY
Gino Dellomo
4 hrs
All Ocean Twp residents. Keep your doors locked and call the police with anything suspicious. Especially Wanamassa section. There has been a home invasion on Spruce Ave off of Sunset. The Two men entered the residence at gun point and Robbed the residence. I posted this here to get the word out quickly so we can keep our community aware.
Like
Comment
95 people like this.
Ed Horn I know what I'm getting for Christmas
Like · Reply · 4 · 4 hrs
Kristine Horn Lynn An official Red Ryder, carbine action, two hundred shot range model air rifle ! In all seriousness though I hope the homeowners are ok and the invaders are caught.
Like · Reply · 4 · 4 hrs · Edited
Ed Horn Already have 1
Like · Reply · 1 · 3 hrs
Doug Raynor you'll shoot your eye out.
Like · Reply · 1 · 3 hrs
Jennifer Vitz Whalen already did
Like · Reply · 1 hr
Write a reply...
Kelly Squared Crazy!!
Like · Reply · 4 hrs
Michelle Russell-Aldarelli Locked and loaded
Like · Reply · 7 · 4 hrs
Kelly Ann Anastasio-Borg Yikes!
Like · Reply · 1 · 3 hrs
Mary Nealon Marinaro My daughter told me this! Thanks for sharing! Nobody is safe anywhere anymore, it seems! Hope the people who live there are ok.
Like · Reply · 1 · 3 hrs
Lisa Fields Cooper Are you related to Nicole Marinaro?
Like · Reply · 3 hrs
Mary Nealon Marinaro No, I'm not related.
Like · Reply · 3 hrs
View more replies
Write a reply...
Robin Whitney Thank you so much for this alert, Gino Dellomo. Safe and happy holidays to one and all!
Like · Reply · 1 · 3 hrs
Dawn Ziegler Laura Ziegler
Like · Reply · 3 hrs
Henry Vaccaro Jr.

children under 18 are living now. I didn't know that.
Like · Reply · 2 · December 1 at 10:35pm


**Maria De Seno** Thank you for all your hard work!!
Like · Reply · 2 · December 1 at 10:37pm


**Tara Manning** No one is living there now.
Like · Reply · 2 · December 1 at 10:40pm


**Susan Kaminsky Green** Christine- thank you for all your hard work and sacrifices your family made to help spread the word!
Like · Reply · 10 · December 1 at 10:43pm


**Ellen English Sherman** Amazing !
Like · Reply · 3 · December 1 at 10:44pm


**Mary Jo Tort-Bergeron** I stayed until 9pm and I was excited to hear the questions being asked by the board. The truth shall set you free !!!! Amen and great work.
Like · Reply · 10 · December 1 at 10:45pm



**Alissa Grasso Brocklebank** Yay!!!!
Like · Reply · 4 · December 1 at 10:57pm


**Giovanna Tirone** Go on the Channel 12 NJ website under news, and you will see the article and a picture of the meeting
Like · Reply · 5 · December 1 at 11:02pm


**Nicholas J Novak** NO DORMS ON LOGAN ROAD !!! Not now, not in the future, NOT EVER!!! NO DORMS in the Township of Ocean PERIOD. And inquiring minds want to know how and exactly who was on the Zoning Board of Adjustment way back in 1997 or whenever that approved the use of a dorm for 1515 Logan for children under the age of 18. Anyone? Please post this information here if you have it.
Like · Reply · 4 · December 2 at 10:49pm · Edited


**Nicholas J Novak** BTW my NO DORM ON LOGAN ROAD SIGN will remain on our front lawn as it has been thru rain, wind and now snow until hell freezes over, the application is withdrawn or the judge upholds the denial of any appeals by the applicants. And I would encourage my fellow residents of Ocean Township to do the same.
Like · Reply · 5 · December 2 at 12:36am


**Sandy Abdelaziz** Agreed. We should all have No Dorms in Ocean signs!
Like · Reply · 2 · December 2 at 6:03am


Write a reply...



**Jenn Chowning** They will be back, but we will be waiting to fight again! Thank you for everyone who put countless hours into researching and keeping us informed!
Like · Reply · 9 · December 1 at 11:09pm


**Kathie Beggans** Thanks to all those who helped make this happen. People in our Township have worked together and worked hard to produce a good school system and programs for all of our children. If some people have nothing to contribute to our community as a group, stay where you are at! We welcome givers, not takers!
Like · Reply · 8 · December 1 at 11:30pm


**Roxann Pullano-Andrus** Well said Kath!!!
Like · Reply · 2 · December 2 at 6:46am


Write a reply...


**Juca 'Jess' Giorgio** So happy to have been there to witness the moment! Of course they will appeal, but I think our town put up a fair, non-bigoted fight and that (God willing) will hold up in court. I'm proud of our community for not devolving into the ugly. Thank you Chrissy, Joe, Michael, Nancy, Gino, Paul, Tara, et al, for spearheading the effort. Onto the next chapter of this battle...
Like · Reply · 14 · December 1 at 11:37pm


**Arlene Tocci** Great news
Like · Reply · 1 · December 2 at 12:29am


**Susan Tomo** That makes me happy thank you all who worked hard to stop it
Like · Reply · 2 · December 2 at 1:25am


**Lynn Marie** Thanks to everyone. Hard work. Paid off.
Like · Reply · 1 · December 2 at 4:53am


**Lori Lane** Fantastic!!!
Like · Reply · 1 · December 2 at 8:13am


**Vanessa Loughery Fernandez** So happy to hear!!!
Like · Reply · 2 · December 2 at 8:14am


**Lisa Molluso** Great news!!
Like · Reply · 1 · December 2 at 8:25am


**Jamey Hansen** Fantastic News!!!!
Like · Reply · 1 · December 2 at 8:35am


**George Poniros** Last night was a good victory, However, Now the real battle begins soon.... We will need to raise as much money as humanly possible to fight the next phase...
Like · Reply · 4 · December 2 at 8:36am

**Denise Telonidis Parlamas** School is revisiting it. Let's see what they decide. Thanks, everyone.
Like · Reply · 4 · November 18 at 4:52pm



**Roxann Pullano-Andrus** If I may chime in here. We all know its very important for many people to come and show their support at the NO DORM meeting; but I also tell people that you don't necessarily have to stay until the end. In my opinion, once you arrive, and your accounted for (the police officers use a clicker to tally attendance counts), you can always leave during a break in the action. I think seeing droves of people piling in at at the beginning of the meeting is very beneficia, as it shows our town-wide support. So even if you can't have that long day (we are all in the same boat), at least try and swing by and leave early if at all possible. I bring my children with me and have them do homework, then my husband picks them up to go home.
Like · Reply · 9 · November 19 at 12:49pm



**Sandra Sorrentino Krug** I plan to go to Junior parent meeting then right over to NO DORM meeting.
Like · Reply · 8 · November 19 at 1:22pm



Write a comment...





**Mimi da Silva**
November 18 at 3:47pm

It is crucial that ALL Ocean Township residents attend this meeting!




Like Comment

12 people like this.

1 share



Write a comment...





**Christine Gallagher Schmitt**
November 18 at 7:30am

BOARD OF ADJUSTMENT MEETING
TUESDAY, DECEMBER 1ST, 7 PM
OCEAN TOWNSHIP HIGH SCHOOL
WANAMASSA, WAYSIDE & OAKHURST RESIDENTS
YOUR ATTENDANCE IS CRUCIAL!
SHOW YOUR SUPPORT FOR NO DORMS!

Like · Reply · 2 · October 11 at 8:22am


Jamie Van Brunt Wow... Together, these religious and charitable properties total nearly $597 million in assessed value, the equivalent of $5.1 million in lost local tax revenue last year, the Press' analysis found.
Like · Reply · 1 · October 11 at 8:31am


Susan Kaminsky Green In related news: http://www.app.com/.../rabbi-hertz-loans-fund.../73107786/


$2M in loans to school under scrutiny
Federal government, denied access to agency's books, seeks to end relationship with rabbi running Lakewood...
APP.COM

Like · Reply · October 11 at 8:40am


Helen Karlo Graves Please keep in mind that it is state law that dictates what's qualifies as tax exempt.
Like · Reply · October 11 at 8:40am


Kathy Johnson Titus Only????
Like · Reply · 1 · October 11 at 9:01am


Audrey Machen Case Everyone should read this article in its entirety, think what could lie ahead for Ocean, contribute some money to the No Dorm cause and be at the next meeting.
Like · Reply · 4 · October 11 at 9:36am


Mary Nealon Marinaro Our state law should be changed. Everyone needs to pay their fair share of taxes!
Like · Reply · 3 · October 11 at 10:30am


Diane Kracov Monahan If each property had to pay $20,000 annually, that would be an extra 7 million a year for Lakewood
Like · Reply · October 11 at 10:44am


Dan Mulvaney Coming to a town near you.....
Like · Reply · 1 · October 11 at 10:56am


Christopher J Tifton What is the current wording on the books pertaining to "religous housing" "Religious uses" and any other wording that would make a residential domisile "religious tax exempt"? Can we visit that and see what can be done to curb making current tax paying land become tax exempt?
Like · Reply · October 11 at 2:35pm


Helen Karlo Graves From the NJ Administrative Code - definitions of exempt property Classifications
(l) Class 15A: "Public School Property" means real property owned by Federal, State, county or local governments or their agencies used for public education.
(
m) Class 15B: "Other School Property" means real property owned by a non-governmental, non-profit corporation used for educational purposes.(
n) Class 15C: "Public Property" means real property owned by Federal, State, county or local governments or their agencies and devoted to public uses.(
o) Class 15D: "Church and Charitable Property" means real property owned by religious and charitable organizations actually and exclusively used in the work of the organizations.(
p) Class 15E: "Cemeteries and Graveyards" means real property solely devoted to or held for use as a cemetery, graveyard or burial ground.(
q) Class 15F: "Other Exempt" means real property exempt from taxation but not described in any of the foregoing classes.
Like · Reply · October 11 at 3:08pm · Edited


Write a comment...



Gino Dellomo
October 8

Thank you to everyone who showed up last night at the Board of Adjustment meeting. The attendance was definitely diminished with only 414 residents that showed up. We all work very hard at keeping everyone informed and posted on the meeting dates and times. We realize the meetings can be very boring at times but your attendance is important to keep the support we need. We want to do better than 414 residents to say the least. This is your town. You want to keep it or lose it? This application is only the beginning. The residents that did show up had great questions. This is so important to get into the record. If this should be appealed by the applicant we need the testimony of everyone especially residents to be on record. If a judge reads the transcript for the appeal and we have nothing on record it could be in their favor. The attorneys representing the few residents have not even begun to present our side of opposition yet. This issue will go on for at least a few more meetings. MOST IMPORTANTLY THE RESIDENTS NEED TO SHOW UP AND SUPPORT YOUR TOWN, NEIGHBOORHOOD, AND COMMUNITY. We will continue to keep you posted. Thank You and let's keep this fight strong.

Like Comment

**Megan Hauschildt Anderson** Chrissy, do you know how people who have to go to the gym and cafeteria for overflow will be able to ask questions?
Like · Reply · September 27 at 2:49pm

**Christine Gallagher Schmitt** From what I have been told there will be tv's to see the proceedings and it is everyone's right to ask a question. I have heard that people will need to walk to the microphones located in front of the board. I am not sure how any of this is officially ... See More
Like · Reply · 2 · September 27 at 4:30pm

Write a reply...

**Darren Snyder** Suggestion, maybe have someone like yourself screening people who will ask questions by reminding them exactly what you have stated here? Idk if this would work or exactly how but I'd much rather have everyone informed that their question could very well be counter productive. Some people are not on FB. Something to think about
Like · Reply · September 27 at 3:44pm · Edited

**Christine Gallagher Schmitt** Every resident can speak. The way the set up will be, it may not be possible to personally speak to everyone who wants to ask questions. We all need to work together and spread the word to other residents.
Like · Reply · 1 · September 27 at 4:31pm

**Joseph E. Schmitt** And make sure to wear red
Like · Reply · 1 · September 27 at 4:43pm

**Mary Jo Chowning** Do we know if the voting will be done publicly?
Like · Reply · 1 · September 27 at 4:46pm

**Paul Mayerowitz** Voting is always done publicly and the members will need to justify or explain why they votes. In Jackson, they read a 14 page statement outlining their reasons for denying the use variance.

Available on Dropbox... See More

Jackson Zoning Resolution _20150910.pdf
DROPBOX.COM

Like · Reply · 3 · September 29 at 8:24am · Edited

Write a reply...

**Joseph E. Schmitt** These are all good questions. This is not going to end at the next meeting even if their side finished we still have to give our side with the expert witnesses. Let's pack the school by bringing one more person each then you brought last time.
Like · Reply · 2 · September 27 at 4:53pm

**Ilene Agisim-Pardon** Is there any way to have a table somewhere to collect donations for use in further proceedings? There are many people still interested in contributing and are not on FB
Like · Reply · 1 · September 27 at 6:14pm

**Christine Gallagher Schmitt** Ilene, donations can still be made via our YouCaring account at www.youcaring.com/saynodorm or donations can be given to either myself or Gino Dellomo at the meeting. Thank you!!



No Dorm on Logan Rd
Yeshiva Gedola Na'os Yaakov, Inc. has submitted an application to the Township of...
YOUCARING.COM

Like · Reply · September 27 at 6:28pm

Write a reply...

**Juca 'Jess' Giorgio** Hm, I'm perplexed by the decision to put another meeting on the 7th so close to this week's. Are they counting on us not getting the same turnout?
Like · Reply · 2 · September 27 at 6:33pm · Edited

**Christine Gallagher Schmitt** That may be the case Jess. If they felt it might be shut down again for too many it would make no sense to have the date so close in the same location. It is confusing what their thinking is on this.
Like · Reply · 1 · September 27 at 6:52pm

Write a reply...

**Jenn Chowning** So, wait the Oct 7th meeting is at the High School also?
Like · Reply · 1 · September 27 at 7:08pm

**Christine Gallagher Schmitt** From what I gather, yes.
Like · Reply · 1 · September 27 at 7:17pm



**Christine Gallagher Schmitt**

your input.
Like · Reply · 3 · September 29 at 5:31pm


**Joseph E. Schmitt** Bette I love the idea of the ocean sports gear. Be it red or white however people need to voice there oppositions because they may have merit. But don't wait until the night before the meeting after we have been spreading the word for weeks and expect it to change by getting the word out to everyone
Like · Reply · 1 · September 29 at 5:37pm


**Ansley Long** Not wearing it specifically is what you can do about it. But ok. Hopefully no one says anything and it is kept to the actual issues at hand.
Like · Reply · 1 · September 29 at 5:37pm


**Christine Gallagher Schmitt**
Like · Reply · September 29 at 5:38pm


Write a reply...


**Christine Gallagher Schmitt** As far as I am personally concerned I just want every Ocean Twp. Resident opposed to this application to be at the High School at 7 pm tomorrow night!!

Like · Reply · 8 · September 29 at 5:38pm


**Joseph E. Schmitt** Yes wear anything just be there
Like · Reply · 5 · September 29 at 5:39pm


**Ansley Long** Joseph. It's the first I have heard of it (today). I wasn't at the last meetting and stated why. I am simply looking through both sides.
Like · Reply · September 29 at 5:44pm

**Joseph E. Schmitt** No problem I understand you just found out Ansley. The issue being if we wanted to change it the timeframe may be to short
Like · Reply · September 29 at 5:57pm

**Stephanie Quinn Cholak** Paul, can't our board members simply say that they are voting no because the town, of which they represent, doesn't want the Talmudic? Aren't they simply our representatives??? Can't they list our reasons as their reasons??? Please let me know how I am... See More
Like · Reply · 1 · September 29 at 6:02pm


**Paul Mayerowitz** The answer is a definite NO! When the applicant appeals the Board's decision, the appeals court does not hear any further testimony. It only reads the zoning board resolution denying the variance, minutes and transcripts of the hearings. If the zoni... See More


Jackson Zoning Resolution _20150910.pdf
DROPBOX.COM

Like · Reply · 1 · September 29 at 8:33pm


Write a reply...



**Joseph E. Schmitt** Stephanie it doesn't matter what we want or don't they have to vote based on the law and we need to give them a legal reason that will stand up upon appeal to vote no
Like · Reply · 2 · September 29 at 6:04pm


**Stephanie Quinn Cholak** But maybe we NEED to go to that appeal. The members should vote no based on the interests of the community. Sometimes the hard road needs to be taken. In my humble opinion, our community leaders should vote NO
Like · Reply · September 29 at 6:06pm


**Paul Mayerowitz** I went to the Jackson appeal. There was no public testimony. There were six people from Jackson and two from Ocean Township. A small audience or a big audience is not relevant to the Judge.
Like · Reply · September 29 at 8:34pm


Write a reply...



**Ansley Long** They should vote no because the law/ordinance says so, and that should be enough reason. These individuals want us to basically rewrite the law just for them.
Like · Reply · 1 · September 29 at 6:08pm


**Ansley Long** What I fail to understand, is how it has inherent benefit, if not just anyone can attend. Does a school have to be public and open to all to have such merit?
Like · Reply · September 29 at 6:14pm


**Paul Mayerowitz** Parochial schools and private schools have been found by the Courts to be inherently beneficial. However, this is not a parochial or private school. This is where the testimony will be crucial and why the Board needs to explain its decisions.
Like · Reply · 2 · September 29 at 8:37pm


Write a reply...



**Joseph E. Schmitt** All schools and religious facilities are automatically an inherent beneficial use because and I may be wrong Gov Corzine passed

Board was considering the conditional use application, the site plan, or both." Therefore, the Court agreed with the lower court that, "upon remand, the applications for variance and site plan approval should not be bifurcated."

hope that clears it up ??? 🙂

July 20 at 10:21pm · Edited · Like · 1



**Nicholas J Novak** http://www.meislik.com/.../house_of_fire_christian.../



House of Fire Christian Church v. Zoning Board of Adjustment of the City of Clifton

ZONING; BIFURCATION – Bifurcation of hearings for site plan and use variance approvals may not be appropriate where the issues are so interrelated that both applications should be considered in a single administrative proceeding at which the board can decide the negative criteria based upon the ent...

MEISLIK.COM

July 20 at 10:20pm · Like

**Nicholas J Novak** clearly an attempt to obfuscate the issues when we all know that NO DORM BELONGS IN THE RESIDENTIAL AREA OF LOGAN ROAD !!! synonyms: obscure, confuse, make unclear, blur, muddle, complicate, overcomplicate, muddy, cloud, befog
"mere rationalizations to obfuscate rather than clarify the real issue"




July 20 at 10:33pm · Like



**Nicholas J Novak** Please support our West Long Branch neighbors to the North they had our backs at the last Zoning board meetings in OT and their fight and ours are one and the same.
per Ron Booker
July 18 at 1:18pm
We need to Follow in Ocean Twps footsteps.... PACK THE HOUSE. We as Monmouth County Residents need to pack the WEST LONG BRANCH /MONMOUTHCOUNTY FREEHOLDERS MEETING this thursday, over fill capacity and force an adjournment to a new date, and request a special meeting at the Long Branch High School. and pack that out to.. We need to show WE AS CITIZENS wont back down and we feel this is detrimental to our city and Village k.own as West End.... PLEASE share the date with everyone you can think of and invite them to this site.... Thank You




July 20 at 10:42pm · Like · 3



Write a comment...





**Sylvia Sylvia-Cioffi**
July 15 · Wayside, NJ

What an amazing thing! Maybe the town should look into renting Monmouth University for the next meeting. We can pack that too!

Like Comment

78 people like this.



**William Cardwell** Does the applicant or the township pay for that?
July 15 at 8:45pm · Like · 1



**Gina Joann Ravaschiere** Applicant pays for any alternate venues!
July 15 at 8:50pm · Like · 2



**Mary Jo Chowning** That makes it even sweeter!
July 15 at 8:56pm · Like · 1

**Bernadette Maldjian Davis** It has to be in Ocean. The applicant has to pay for everything! Renting the meeting room, expert witness,lawyers etc. Case in point the expert witness for noise has to come back and he will charge them for another appearance.
July 15 at 9:03pm · Edited · Like


**Mary Jo Chowning** I assumed that it would need to be in Ocean. Where is there a large enough place in town?
July 15 at 9:03pm · Like · 1


**Bernadette Maldjian Davis** Maybe Greek church

July 15 at 9:05pm · Like · 2


**William Cardwell** There isn't enough parking there, in my opinion...
July 15 at 9:06pm · Like · 1


**Jamey Hansen** Yes we can for sure!!!!
July 15 at 9:06pm · Like · 1


**Bernadette Maldjian Davis** They might have to rent a tent and put in Pallia Park
July 15 at 9:11pm · Like · 3


**Angela Yost** Seaview Mall has plenty of empty space, & parking.
July 15 at 9:43pm · Like · 1


**Dorothy Larkin** Why couldn't the overflow crowd be put in a couple of classrooms & have closed circuit tv streaming the meeting?
July 15 at 9:47pm · Like · 3


**Bernadette Maldjian Davis** Dorothy it is better they adjourned it because it presents more inconvenience and displays the huge amount of opposition!
July 15 at 9:51pm · Like · 4


**Dorothy Larkin** Of course, Bernadette, they had to adjourn. My comment is just a suggestion for a future meeting if it has to be held in Ocean. As a 55 year resident of Ocean, I was so proud of the turnout tonight!

July 15 at 9:57pm · Like · 5


**Sylvia Sylvia-Cioffi** @William Cardwell, the applicant always pays for special meetings whether it's in the regular room or alternate. I believe the charge is like $2500. The school district didn't charge the township for the use of the High School. I'm not sure where we could hold a larger meeting in Ocean. Could be a little tricky. We'll see what happens I guess.
July 15 at 10:00pm · Like


**Kristen Bravo** I don't think there is a venue large enough...Unless they set up tents and a podium at joe palia. I think the Greek Church or the Renaissance are the only possible options but both would prob run into the same issue....seems like too much trouble to get a variance in this town if you ask me?
July 15 at 10:00pm · Like · 4


**Sylvia Sylvia-Cioffi** Dorothy Larkin, the township would have to apply for a facility usage to the school district specifying which and how many rooms. Maybe the gym and cafeteria could be set up if available. We have streaming capability in those rooms, but it would have to be done in advance.
July 15 at 10:04pm · Like · 5


**Lisa DeVito Orechio** Sylvia Sylvia-Cioffi does the meeting have to be in town?
July 15 at 10:06pm · Like


**Bernadette Maldjian Davis** Yes it has to be in Ocean
July 15 at 10:08pm · Like · 1


**Dorothy Larkin** Well, Sylvia Sylvia-Cioffi, they have 2 months.
July 15 at 10:08pm · Like · 2


**Sylvia Sylvia-Cioffi** Lisa, I don't think there is a rule about that, but I could be wrong. In the time I was on the BoA, this kind of opposition never came up. Even when we had the Copper Gables dorm application (before I was on the BoA) it didn't get this far. I genuinely think that if it can be taken out of town, they should consider Monmouth U. They can accommodate thousands but it will also cost the applicant thousands.
July 15 at 10:09pm · Like · 1


**George Poniros** Yes Silvia, The HS Auditorium is about $2500 per night. MU will be around $10000...
July 15 at 10:13pm · Like · 3


**Dari Goldsmith** Kennedy Football stadium!
July 15 at 10:15pm · Like · 2


**Lisa DeVito Orechio** Thanks Sylvia Sylvia-Cioffi. The more it costs them the better!
July 15 at 10:17pm · Like · 1


**Sylvia Sylvia-Cioffi** George, the school district didn't charge for the HS. The $2500 is the price of a special meeting even at town hall. If these guys want to go into their pocket for 10 grand at the college, that's ok by me. 😊😊
July 15 at 10:17pm · Like · 3


**George Poniros** Me too....
July 15 at 10:18pm · Like · 4

**Kristine Horn Lynn**
July 8 · West Deal, NJ

I'm extremely offended by the Ilan Rachel Tawil High School




Like Comment

51 people like this.


**Kristine Horn Lynn** Here is someone's stolen sign
July 8 at 6:13pm · Like · 4


**William Cardwell** I just drove past this and am also very offended. This has nothing to do with what this sign poorly tries to convey.
July 8 at 6:13pm · Like · 3


**Eileen Spiegel** I want to put one of our signs next to it with a sign that says " but " in between.
July 8 at 6:19pm · Like · 1


**Kelly Reid Rainford** That's very offensive
July 8 at 6:19pm · Like · 2




**Jennifer Carlisle Walk** I saw this today and was also offended.
July 8 at 6:23pm · Like · 1


**Dara Corallo** Wow...just wow, speachless.....
July 8 at 6:24pm · Like · 3


**Kathy Johnson Titus** Oy!! Sorry. (:)
Yes, I am offended as well.
July 8 at 6:26pm · Like


**Jennifer Beaman** It has nothing to do with race, religion or political affiliation...it's no DORM on LoGan road!
July 8 at 6:30pm · Like · 14


**Robert Hoffman** They don't care about anyone but themselves. There is no respect for the community at large but we should all bend to them.
July 8 at 6:32pm · Like · 9


**Barbara Hanlon** My family (who are Jewish, by the way) call this an intimidation tactic.
July 8 at 6:35pm · Like · 5


**Bobby Farrell** I do believe that judiasm is not a race. Whomever posted the sign is ill informed http://dictionary.reference.com/browse/judaism?&o=100074&s=t
having stated that, I also do believe that it is in our best interest to not retaliate, act like adults, and... See More


the definition of judaism
Judaism definition, the monotheistic religion of the Jews, having its ethical, ceremonial, and legal foundation in...
DICTIONARY.REFERENCE.COM

July 8 at 6:38pm · Edited · Like · 6


**Christine Gallagher Schmitt** Bobby Farrell is right. Ignore it. This is EXACTLY why WE need to stick to the facts. If someone is opposed to our opinion, they are opposed. America....free speech. Don't lose sight of our fight.
July 8 at 6:40pm · Like · 14




**Ellen English Sherman** Racism has nothing to do with how we residents feel . If it were Monks, Priests or Boy Scouts , I would vote no. We do not want a dorm in a residential area. We live here and have the right to say no.
July 8 at 6:44pm · Like · 16



**Bette Bourlokas** I love your posts because they really express so clearly what I am also feeling. See you Wednesday!
July 13 at 9:29am · Like · 4



**Kim McMahon McGlennon** What time on Wednesday?
July 13 at 9:31am · Like



**Juca 'Jess' Giorgio** 7pm, Kim. See you there!
July 13 at 9:32am · Like · 1



**Kim McMahon McGlennon** The kiddies will be in tow, football meeting that night for ocean youth football. Husband will be at that.
July 13 at 9:42am · Like · 3



**Kathleen Gulrich Moran** Well said. See you there.
July 13 at 9:43am · Like · 2



**Megan Hauschildt Anderson** Kids are bodies and bodies are important! Will be there with kids as well!
July 13 at 9:51am · Like · 3



**Susan Pierson Welz** We will attend. I hope the people who live in those apartments behind the proposed dorm know about this, and will also show. There are many young families with small children living there....
July 13 at 9:52am · Like · 1



**Bette Bourlokas** Christine Gallagher Schmitt, have fliers been delivered to those apartment residents?
July 13 at 9:53am · Like · 1



**Christine Gallagher Schmitt** Our minds are on the same exact wavelength today! I was just coming here to post something very similar. Thank you Juca 'Jess' Giorgio for beating me to it!!
July 13 at 10:05am · Like · 4



**Christine Gallagher Schmitt** Bette Bourlokas fliers were handed out for every section of Ocean Township. I used tax maps and divided each section for delivery!
July 13 at 10:06am · Like · 4

**Kelly Santiago** We still need help with delivering fliers to Interlaken. While they are not OT, they are our neighbors and will be impacted - we are asking them to show for support. PM me if anyone can deliver prior to Wed - I had no takers to Christine Gallagher Schmitt post on Saturday. Thank and see you all Wednesday (with kids, too)
July 13 at 10:18am · Like



**Lisa Grande Burgos** Kelly Santiago I'm taking a walk today to Interlaken to do Raymere
July 13 at 10:23am · Like · 2



**Kelly Santiago** Lisa Grande Burgos - you were my only taker on Saturday, but asking in person didn't leave you much wiggle room 😉 LOL. Thanks for helping out. I have Bendermere, but really need some more help! Thanks
July 13 at 10:31am · Like



**Lisa Grande Burgos** Lol no problem
July 13 at 10:31am · Like



**Ted Krzyzanowski** Leaving tomorrow for vacation, otherwise I'd be there. Folks, our town, our community, our neighborhoods as we know it are at stake here. At very high risk here. If you don't feel that's important, I'd question why you ever may have wanted to live here in the first place. I love Oakhurst. I also love Wanamassa, and Wayside too. It will all change should this go through - that it will make the transformation of Bedford Falls to Pottersville really seem like a fairy tale as opposed to what we're facing. I don't want to live in a town like Lakewood, Monsey etc. That's not living with good neighbors who share a common ideal as to community, sense of neighborhood and living/working together. Good luck Wednesday.
July 13 at 10:46am · Like



**Cheryl Scupp Weisberg** It's time for ALL parents to demonstrate civic responsibility. Kids of ALL ages are welcome and encouraged to attend! Our family will be there. Looking forward to it.
July 13 at 11:54am · Like · 6



**Maureen Bell** Hubby will be at the AYF meeting, too, so I will be there with my 3 kids in tow! I may need a few drinks afterwards, but I'll be there!...lol...
July 13 at 12:20pm · Like · 5



**Samara Cattelona** Maureen Bell we could meet up and try to keep them all together !
July 13 at 1:16pm · Like



**Cheryl Scupp Weisberg** Does anyone have extra flyers? I just hand-delivered to my zone in Wayside but ran out. Could use about 20-25 more.
July 13 at 2:28pm · Like

**Maureen Bell** Sure, Samara Cattelona! Sounds good. Typically, you can find me by hearing me yell, "No, Logan! Stop, Logan!"...lol...
July 13 at 2:29pm · Like · 1



**Cheryl Scupp Weisberg** Lol, Maureen, we LIKE Logan, we LIKE Logan Road, we just don't want a DORM on it.
July 13 at 2:30pm · Like · 1



John N. Poulos
July 9

We have been advised that other resident objectors have hired lawyers. Can anyone please put us all in touch so we can coordinate if you have any information.

Like Comment

17 people like this.



Gino Dellomo How many objectors in the group
July 9 at 10:33am · Like



John N. Poulos Don't know - that is not public information. We need coordination
July 9 at 10:37am · Like · 1



Debbie Fraterrigo Is this a good or bad thing?
July 9 at 11:03am · Like



John N. Poulos good thing. More people to object. But the lawyers should have a meeting of the mind and coordinate without disclosing their own clients positions.
July 9 at 11:10am · Like · 6



Paul Mayerowitz Very good thing.
July 9 at 12:51pm · Like · 2



Erika Allspach McCann



July 9 at 2:08pm · Like · 1



Erika Allspach McCann



July 9 at 2:26pm · Like · 1



Christopher Fucci Fight The Real Enemy ! It's Called Money !

July 9 at 10:13pm · Like · 2



Ron Booker Are you guys using the press? We in the West End Watchdog group in Long Branch are going thru a similar problem. And we are getting some headway by utilizing All press outlets.
July 9 at 11:55pm · Edited · Like · 3



Write a comment...





William Cardwell
July 9

Has it brought up yet as to what would happen to the school/dorm if it becomes financially incapable of supporting itself? Does it turn into something else, such as another Temple?

Like Comment

2 people like this.



Paul Mayerowitz Such a scenario is not nor would it be an item for consideration by the zoning board. This is not an item on the table. Zebra Holdings, the property owner, would then decide the future fate of the building, subject to zoning board regulations.
July 9 at 4:56pm · Like · 1



Write a comment...





Christine Gallagher Schmitt made Michael Palutis and Gino Dellomo admins.
July 9

M. Meller
M. Palutis
Michael Palutis

Wayside, awaiting the disposition of this application. Our residential neighborhoods are not intended to host a college, university, hotel, or a dormitory for 100+ people to live.

Residents are opposed to this application with concerns ranging from the following.
Decrease in property values
Safety of the public park and playground directly across the street
Noise
Pollution
Storm water runoff into protected wet lands
University type setting
100+ men wandering our streets
Changing the infrastructure of our community
If the original applicant decides to leave the building it will still be zoned for this type of use.

So, how can you help? Very simply, show up at the next board of adjustment meeting Wednesday, July 15 at 7 PM Ocean Township High School Auditorium (550 West Park Ave., Oakhurst).
Poulous LoPiccolo are the attorneys representing our team Pro Bono. We are collecting donations for expert witnesses to present our side. Checks can be made to Poulos LoPiccolo PC. 1305 Roller Rd. Ocean NJ 07712. Put no dorm in memo sect. or go on our site www.youcaring.com/saynodorm

The attendance by residents of all of Ocean Township is extremely important. This is not just a Wanamassa issue....this is an Ocean Township issue. We are looking for thousands of attendees, not just hundreds. Please share this letter with your friends and neighbors, come to the Board of Adjustment Meeting, and support our community! High school students are encouraged to attend the meetings.
If you should have any questions or would like a lawn sign dropped off at your home, please email saynodorm@yahoo.com.
Disclaimer: All information is based on information from the board of adjustments meetings and residents' concerns. All residents should acquire the minutes from previous meetings to bring yourself up to date with current application at hand.







No Dorm on Logan Rd

Yeshiva Gedola Na'os Yaakov, Inc. has submitted an application to the Township of Ocean Board of Adjustment requesting a change in zoning. Should this pass, it will allow 96 men, ranging in ages from 18 to 22, to use 1515 Logan Road, which is in...

WWW.YOUCARING.COM

Like Comment Share

51 people like this.

57 shares


**Kathy Johnson Titus** Unfortunately I have to work, but I will share this post and spread the word in my neighborhood.
July 7 at 1:29pm · Like · 2


**Robin Whitney** Thanks a million, Christine - I'll be back here with more info after 6PM or so.
July 7 at 2:55pm · Like


**Sharon Butterfield** If this is a legal issue, what will the large turnout do for the cause?
July 7 at 4:37pm · Like


**Christine Gallagher Schmitt** We need to prove that this is a detriment. Because of the nature of the institution it is automatically an inherently beneficial use. We need to ask questions of the applicant and witnesses. We also need to show a united front!
July 7 at 4:53pm · Like · 2


Lawrence M Breen Jr Wish I could help but I'm gone all the time
June 18 at 7:29pm · Like · 1


Kristen Bravo Let me know a few areas that are missing and I will go to one of those and of course if our block or the nearby area needs any coverage.
June 18 at 10:35pm · Like · 1


Kelly Santiago We should also consider putting fliers on cars at Wegmans - not sure if we need permission from Wegs to do that, but I have certainly received fliers on my car in many parking lots. Also, week day head to Allenhurst train station.
June 19 at 12:29pm · Like


Barbara Hanlon And at the July 3rd fireworks at Palaia Park. Someone had mentioned that in another post...
June 19 at 12:41pm · Like · 2


Jeana Wolfson Let me know what we can do and where
June 19 at 1:20pm · Like · 1


Ann Flannelly Condon Wanamassa- Woodlock Ave
June 19 at 8:37pm · Like · 1

Cheryl Scupp Weisberg My kids, their friends and I will cover Oak Tree Lane, Glen View, Meadows Lane, High Ridge Road, Aspen Court, Evergreen, Timber, Oak Knoll.
June 23 at 7:51pm · Like · 1



Arlene Tocci Brower blvd.......off of logan...I will help
June 23 at 9:04pm · Like · 1


Anne Bryan Pagnoni Hampton Drive in Wayside
June 24 at 9:33am · Like · 1


Write a comment...




**Christine Gallagher Schmitt**
June 23

Let's keep up the momentum!!

http://www.youcaring.com/ocean-township-residents-358710#







No Dorm on Logan Rd
Yeshiva Gedola Na'os Yaakov, Inc. has submitted an application to the Township of Ocean Board of Adjustment requesting a change in zoning. Should this pass, it will allow 96 men, ranging in ages from 18 to 22, to use 1515 Logan Road, which is in...
WWW.YOUCARING.COM



Like Comment Share

15 people like this.

11 shares


Mary Beth Hennessy-Shotter Happy to see I'm no longer the only person in Wayside with a sign!
June 23 at 5:16pm · Like · 3


NJ Dave Momentum to what end? Public outcry is fine, but it must be tasked to raise funds to pay for the "hired guns" needed for the battlefield - the real fight in the zoning boardroom and likely then the courtroom. Emotional pleas have no place and will have zero impact in a fact based venue.
June 23 at 5:26pm · Edited · Like · 2


Martha Dunphy Do you have fundraising ideas?
June 23 at 5:27pm · Like · 1


Christine Gallagher Schmitt Good question Martha Dunphy. NJ Dave any ideas and/or experience? Both are greatly appreciated.
June 23 at 6:05pm · Like


NJ Dave Sure. Demonstrate to OT residents what a decline in property values could be in real dollars, and the costs to defend or appeal the zoning board's decision. Compare those costs to a nominal contribution... $50 or $100

now is better than an increase in property taxes to cover a $300,000 legal bill later. Win or lose. Compare it to the cost of an evening out. "Isn't preserving OT worth the cost of a couple of burgers and beers?". Go door to door with a clipboard with displayed credentials. Have printed return address envelopes if people are short on cash or don't have checkbook handy. Have your handout lit available. Get a solicitors permit if necessary. Stick to a prepared script which does not include any inflammatory eference to "those people" or "look at Lakewood" because that is NOT what will compel a zoning board to reject the application. Cite the zoning law and the very real risk of the applicant's silvery tongued lawyers who will try to distort then interpret the law and instead try to make it a religious battle...and that's not what we want or need. Ask your pro bono lawyers for some media coaching and script preparation. You only get one chance to make a first impression.
June 23 at 6:52pm · Edited · Like · 4


G NJ Dave If you aren't fundraising to arm yourself for the battle ahead you are spitting in the wind. IMHO.
June 23 at 6:10pm · Like


Joseph E. Schmitt I keep hearing dave talking but I don't hear him volunteering to go door to door handing out fliers to raise awareness to get money to fight the battle That's what she means by keep up the momentum. All the things you mention are being done and we need people who aren't afraid to be vocal to help spread the word to raise money so let me know where to deliver your fliers and I will drop them off. The more help the better
June 23 at 6:23pm · Like · 5


Christine Gallagher Schmitt Many of these things are being done by the handful of people that are volunteering their time to fight this. Not everything is discussed on social media for obvious reasons. Your ideas are appreciated and all sound great, but again there are a handful of people in the forefront VOLUNTEERING for a township of over 26,000 people. If you would like to implement an idea, send us an email at saynodorm@yahoo.com and we'll discuss. It would be great if you could head up a task.
June 23 at 7:43pm · Like · 9


Write a comment...



**Christine Gallagher Schmitt**
June 22

Our fliers are complete. For those that have volunteered to help distribute, there will be a short meeting on Wednesday night (June 24th) at 7 pm at McGillicuddy's in Loch Arbor. We will distribute the fliers and let you know what areas you are to cover.

Please let me know if you will be able to make the meeting so we can give the restaurant a head count.

Thank you!!

Like Comment

15 people like this.


Sandy Abdelaziz I can't make the meeting. But I did see the Jan Dalziel Smith would do dune also. Maybe she can pick up mine and we can split the Hamptons? There are 110 houses in our development.
June 22 at 11:51am · Like


Jane Cushing I have to work Christine but my husband Tom Cushing will be there to pick them up for me.
June 22 at 11:57am · Like


Brian Woods I can't make the meeting, and I will be unavailable through next week. I'd like to help if needed, can do so after holiday weekend.
June 22 at 12:14pm · Like


Randi Hermansen-Bell I will be there.
June 22 at 12:32pm · Like


Paul Drucker I will be there.
June 22 at 2:11pm · Like


Barbara Hanlon I will be there.
June 22 at 5:06pm · Like


Juca 'Jess' Giorgio I'm sorry I can't be there (will be taking kids to the movies for Tris' birthday), but I'll arrange with you to get fliers.
June 22 at 7:27pm · Like


Kelly Santiago We will be there ... Eric J. Santiago
June 22 at 7:45pm · Like


Deborah Kosberg Cotter I can't make it, but would like to distribute. Kelly Santiago can you pick up a stack for me? And Chrissy, can you let me know what area to cover?
June 22 at 9:16pm · Like


Donna Norkus McLeod Chrissy, I cannot make the meeting but can distribute fliers
June 22 at 9:42pm · Like



We need to stick to the issues and have our voices heard at the meetings. I know that sucks, but it is the way it is. That is why it is SO VERY IMPORTANT to stay with this and not give up. I am disappointed in the turnout last night. For a town of this size we should have had standing room only in that auditorium. Everyone, please talk to your friends and neighbors that live in this town....this is not just a Wanamassa issue but an Ocean Township issue. We need to show that we are serious about our community and we need to PACK THE ROOM!! EVERY.SINGLE. TIME!

Regarding the "inherently beneficial use":

Read the article I posted in this group. Religious entities as well as educational ones are automatically an "inherently beneficial use". However:"No variance or other relief may be granted under the terms of this section, including a variance or other relief involving an inherently beneficial use, without a showing that such variance or other relief can be granted without substantial detriment to the public good and will not substantially impair the intent and the purpose of the zone plan and zoning ordinance." N.J.S.A. 40:55D-70(d)." The proponent of an inherently beneficial use variance must address the statutory negative criteria and prove that on balance the public benefit outweighs any impairment to the zone plan and zoning ordinance or any detriment to the neighborhood. This is why we must stick to proving that this will harm our neighborhood (i.e. Traffic, wetlands, noise, sewer systems, etc., etc., etc.).

In discussion with our pro bono attorney, we may need to bring in our own experts. Fundraising will be needed.

A resident meeting is being planned, details to follow.

Thank you!!

Like Comment

Denise A Bond and 22 others like this.


Jeana Wolfson Did I also read they wanted to possibly put up five more dorms in Ocean Township I could be wrong but if so this is reason for all of Ocean Township to attend the meetings and to post signs.
May 19 at 1:15pm · Like · 3


Kim Deneka Corbett Thanks so much for posting that. I was wondering about that but had no time for research. The detriment is key. It sounded like there are some open issues regarding that including the sewer, air conditioning units, sound carrying through the windows. In addition a weak spot in their testimony is that they "have not yet developed mechanical plans".
May 19 at 1:30pm · Like · 1


Christine Gallagher Schmitt Jeana Wolfson I do not know about that....anyone?
May 19 at 1:33pm · Like


Gina Kerr Is there a way for the disabled ( unable to attend meetings) to voice comments and concerns to be voiced at these meetings???
May 19 at 1:57pm · Like


Kim Deneka Corbett Christine Gallagher Schmitt see the post from Debbi Partusch-Mansfield. Seems like she has some info related to that.
May 19 at 2:05pm · Like


Jeana Wolfson Yes that is where I read it under Debbi Debbi Partusch-Mansfield post Thank you Kim Deneka Corbett
May 19 at 2:22pm · Like · 1


Bette Bourlokas Anyone have a feeling the board is going to reject the application but they need to hear out the entire process and do everything by the book to avoid any appeals. Just wondering if anyone get a feeling which way they are leaning. Last meeting I felt they were annoyed with this (particularly during the rabbi's testimony). Last night I couldn't tell.
May 19 at 2:45pm · Like


Lisa Grande Burgos I agree Bette Bourlokas however it is in our best interest not to make fun of the board - we want them on our sides so watch the comments, silly questions and the way you speak at the microphone at them.
May 19 at 2:50pm · Like · 3


Christine Gallagher Schmitt Yes Lisa Grande Burgos!!! Pissing them off will not help us AT ALL!
May 19 at 2:55pm · Like · 2


Bette Bourlokas I agree!!
May 19 at 2:56pm · Like


Ann Keene Foster Let's also remember that these are formal proceedings. The testimonies are under oath, there are written minutes and audio recordings that are part of the public record, and there are specific procedures that must be followed. For instance, only asking questions pertinent to the expertise of the person testifying at that time. The architect can not give testimony as to the religious or educational customs or practices of the school - that is only to be addressed when the rabbi is testifying. Likewise, we can't question the rabbi on plumbing or fire safety issues. That is why it is so important to attend the meetings. Once the expert is done testifying, I don't think he/she can be questioned. They might not even be attending the meeting



NJ Dave
May 21

Have you all had an organizing meeting yet? You should quickly assess your combined resources including skill sets and appoint a steering committee to coordinate (not duplicate) efforts. Multiple, creative actions can bring sustained media attention to your cause.

Robo calls can cost less than $.02 per call. I'm certain a list of land line telephone numbers can be purchased.

Like Comment

2 people like this.

Write a comment...



Maria Lambrinos Magriplis
May 21

Hello all. I have been reading comments, posts, and the minutes posted. I am still unclear as to what "degrees" theses men are attaining. Are they becoming rabbis? Are they going to learn a trade? Will they become productive members of society? Will they worship on site or will they be attending nearby temples? Or will they need to build a specific type of temple (not sure of the different branches of judaism).



Like Comment

4 people like this.

Write a comment...



Gino Dellomo
May 20

We will try and organize a residents meeting somewhere in Ocean Twp. This will be the first week of June. Everyone has great questions and some good ideas. Let's stay focused and most important we need every seat taking at the next meeting. Standing room only. I was very disappointed in the amount of empty seats. This can not happen again. Knock on your neighbors doors if you have to. Get them out. This is the most important fight to win for the community. If they win then this will happen all over Ocean Twp. Ask your neighbor who didn't show up at the meeting how he would like to have 100 adult men living next door. Because that is what will happen through out our community. Doesn't matter if you live in Oakhurst, Wayside, or anywhere else in Ocean. Wake up people. This is your fight. Stand strong. No Dorm means No Dorm. Not in Ocean Twp. If they should try in Oakhurst or Wayside, We will be there to stop it from happening. So tell the people you know who didn't show up. We will have your back so have ours now.

Like Comment

56 people like this.



**Mary Jo Chowning** Gino Dellomo..put this on your personal page too. Then we can all share it.
May 20 at 5:37pm · Like · 1

**Gino Dellomo** Mary Jo Chowning, i just put it on my personal page
May 20 at 5:42pm · Like

**Mary Jo Chowning** Great..I will share
May 20 at 5:55pm · Like

**Debbi Partusch-Mansfield** Well said Gino.
May 20 at 8:58pm · Like

**Tease MacDonald Gould** Did anyone get a cd? I want to mange a copy if possible.
May 20 at 9:36pm · Like

**Sharon Butterfield** Where can we get signs?
May 20 at 9:42pm · Like

**Michele Samaha Daly** Gino Gino Dellomo I did get this! Great seeing you at the bar room
May 20 at 9:45pm · Like

**Jane Van Atta Sette** Post the date of the next meeting
May 20 at 10:50pm · Like

When I got there I thought I heard some testimony about a pending application to become an accredited school. Can anyone elaborate on what was said? The parameters are quite stringent from what I understand to gain that kind of accreditation. I'm thinking this is a veiled attempt to prove benefit to the community and will disappear after the use is approved.

Like Comment

11 people like this.



**Bette Bourlokas** This was addressed at the previous meeting. The rabbi testified that they are going to seek accreditation. One board member called him out on it saying that it is a nice plan but there are a lot of steps to achieve it. He likened it by saying he might want to be a millionaire one day but there are many steps to take to try to achieve that. It was the one point where I felt the board had our side.
May 19 at 7:38am · Like · 3



**Sylvia Sylvia-Cioffi** Thanks Bette.
May 19 at 7:41am · Like · 1



**Ann Keene Foster** I think the original subject was whether the school was a licensed and or accredited school / institute of higher education
It should be in the minutes from one of the last 2 meetings
May 19 at 7:43am · Like · 1



**Susan Kaminsky Green** When is the next meeting scheduled for?
May 19 at 7:43am · Like



**Cheryl Scupp Weisberg** On June 3rd, they will announce the date of next meeting.
May 19 at 7:56am · Like · 1



**Mary Jo Chowning** Yes Sylvia Sylvia, they are trying to say it will be accredited...one of the many lies told last night.
May 19 at 8:10am · Like · 1



**Mary Jo Chowning** And even if it were accredited...what benefit is that to our community????? They still wouldn't pay taxes or contribute in any way. It is such a crime that this is even considered.
May 19 at 8:12am · Like · 6



**Sylvia Sylvia-Cioffi** Mary Jo Chowning, It's like history repeating itself. We had the same lies told 5 years ago with the Copper Gables application. None of what this applicant is saying is true. These men will not be sitting inside the building 24/7 with light blocking curtains, reading, whispering and eating delivered meals on miracle paper plates that apparently don't generate any refuse. If this passes, it will change the entire landscape of the town. If it doesn't pass, something proactive must be done to prevent the next one.
May 19 at 8:29am · Like · 14



**Mary Jo Chowning** Exactly Sylvia Sylvia!!!!!
May 19 at 8:34am · Like · 3



**Eileen Spiegel** It's funny how they don't care that they are not welcomed. They just push right on through.
May 19 at 8:40am · Like · 5



**Audrey Machen Case** Sylvia Sylvia how did you win the fight at Copper Gables?
May 19 at 8:53am · Like · 1



**Sylvia Sylvia-Cioffi** Audrey Machen Case, we organized the neighborhood. They held a number of long meetings. It was our belief the applicant was hoping we'd lose steam. Then my ex did a history check on the applicant. Found three inches of summonses from Eatontown where he... See More
May 19 at 9:08am · Like · 1



**Brian Mullins** They have said so many things and then said the contrary. The rabbi said they were seeking accreditation but needed a permanent address to apply for accreditation but I think at another meeting he said he did not have to apply for accreditation. Again... See More
May 19 at 9:25am · Like · 1



**Audrey Machen Case** Per Sylvia Sylvia experience sounds like a history check is in order.
May 19 at 10:38am · Like · 4



**Wendy Martinez** I recall that when pressed the rabbi could not give a timeline for accreditation meaning that it may happen but may not. I don't think they will seek it.
May 19 at 5:46pm · Like · 1



**Cheryl Scupp Weisberg** Gina, zoning regulations SHOULD mitigate any attempt to change the original usage plan for that site. Thus, the applicant is seeking a variance, in order to make it fit their intentions. How do we stop it? We tell EVERYONE we know in Ocean Township to show up at these meetings, sign a petition, make your voice heard via social media, place a No Dorm on Logan Road sign on your lawn, and contact every municipal representative from the mayor to the recently re-elected town council and let them know you do not want this type of entity in YOUR town.
May 20 at 1:44pm · Like · 2

**Sylvia Sylvia-Cioffi** Gina Maggio LeFurge, I agree with Cheryl 100%. This is a battle. Make no mistake about it, this will be won only by making it clear that

outdated. Just a thought.
May 20 at 10:27pm · Like · 4



Write a comment...

**Ed Horn**
May 17

Everyone please flood facebook over the next 20 hours reminding everyone that the meeting is tomorrow Monday 7pm at the high school. Pack the room numbers speak volumes. I will be handing out the few extra signs for us to hold during the meeting. NO DORM ON LOGAN RD or anywhere else in Ocean Twp.

Like Comment

29 people like this.


**Sylvia Sylvia-Cioffi** Will do. First thing!
May 17 at 10:02pm · Like


**Jill Albert** How do I get a sign for my lawn. I live in oakhurst.
May 20 at 9:57pm · Like


**Ed Horn** Send me a pm
May 20 at 9:57pm · Like


Write a comment...



**Christine Gallagher Schmitt**
May 18

They still have not addressed the benefit to the Township of Ocean. What will they bring to the community?

Like Comment

13 people like this.


**Nicolle Figaro** Nothing.
May 18 at 9:50pm · Like


**Kim Deneka Corbett** Beneficial use based on what????
May 18 at 9:52pm · Like


**Christine Gallagher Schmitt** You can SAY it is beneficial but how about back it up with a couple of examples.
May 18 at 9:53pm · Like · 1


**Nicolle Figaro** Will there be any contribution to the tax base in Ocean Township?
May 18 at 9:54pm · Like · 2


**Sue Vetrano** What benefit? We all lose any value we have in our homes if we become the next Lakewood......
May 18 at 10:15pm · Edited · Like · 1


**Kim Deneka Corbett** I guess inherently beneficial has nothing to do with the a benefit to the residents of the town. Most residents can't visit attend or pray there. How is that benefit? AND the men are not permited to integrate into our community. Is that all outside of the definition ?
May 18 at 9:55pm · Like · 4


**Christine Gallagher Schmitt** I do not get what is beneficial. Am I missing something?! And comparing what they are proposing to a dorm for children is ridiculous! I am getting fired up.
May 18 at 9:57pm · Like · 4


**Nicolle Figaro** Ive been working in Ocean County for 20 years, and watching similar scenarios play themselves out in other towns. This community is exempt from contributing to the tax base because of religious exemptions and they as a community remain insular and non- participatory. They want financial support and community support yet offer nothing in return.
May 18 at 9:58pm · Edited · Like · 8


**Danielle Constance** I go through it in my mind over and over, but come up with nothing, it will not create jobs, it will not increase the value of our homes, there will be no benefit to our stores since they are not allowed to shop and integrate in the community, so far I don't see it will help with taxes, I am still scratching my head , benefits???
May 18 at 9:58pm · Like · 5


**Erik M Wood** No increased revenue to local businesses, no tax revenues, no religious/cultural/philosophical benefit to the community.
May 18 at 9:58pm · Like · 6


**Kim Deneka Corbett** They talk about burden of proof - if they "prove" they meet the requirement is the board obligated to vote in favor? Or does their opinion count ?
May 18 at 9:58pm · Like



May 19 at 2:13pm · Like · 2



**Eric J. Santiago** So the short of it is they can keep on attending until program is completed regardless of age. Because "it's hard to say..."
May 19 at 2:39pm · Like · 2



**Ed Horn** Yup
May 19 at 2:40pm · Like · 1



Write a comment...





**Mary Jo Chowning** via **The Asbury Park Press**
May 19

Just think, in a few years this can be us!



5 new controversies for Lakewood school board

There have been five critical developments in just the past week.

ON.APP.COM

Like Comment Share

8 people like this.

2 shares





**Betty Mc Mc** If this is approved...God help OT.
May 19 at 10:32am · Like · 1



**Mary Jo Chowning** Betty Mc Mc, it is getting very scary.
May 19 at 10:35am · Like



**Barbara Hanlon** Yup
May 19 at 10:42am · Like · 1



**Cyndi White** This could be and will happen very quickly. I wonder if the BOE is prepared?
May 19 at 11:06am · Like · 1



**Betty Mc Mc** Lakewood is nothing to aspire to as far as a model town for ALL people. "Concerned with keeping themselves spiritually clean, the Hasidim are preoccupied with ideas of biblical concepts of purity and contamination. In this ordering of values, separation from outsiders is inevitable and understandable: it is a mode of self-protection, as well as a keeping straight of categories. As the anthropologist Mary Douglas notes in Purity and Danger, the Hebrew language itself recognizes this affinity between apartness and hallowedness: the Hebrew words for separate and for holy share the same root.

Orthodox neighborhoods in some cities are demarcated by an eyruv, a wire strung high above the streets, outlining the boundaries of the community. Eyruv means blending: the border serves to "blend" the neighborhood into one ritual space, while erecting a ritual boundary between it and the world. Within the delineated space, special liberties--such as carrying objects, or pushing a stroller--that would otherwise violate the ritual laws of keeping the Sabbath are allowed. Just as this border marks the boundaries of the sacred community, so distinctions in language, dress, hairstyle, and demeanor serve Hasidim as personal boundaries, protecting the separation of an individual Hasid from the secular world. "
May 19 at 12:14pm · Like · 1



**Betty Mc Mc** from A Life Apart: Hasidim in America
May 19 at 12:14pm · Like



**Christopher J Tilton** I have many questions that could be a source of refusal, The "chuppa"(spelling) placement during the fall months. The "Gym" is to be designated a prayer/study room and by religos law no sports are allowed to be

played there, but can they later move this designated area to a different location on the property and resume gym use? The "young men" aren't supposed to be wandering off campus, but as "adults" they could be decide to leave as one or a group. Could any antics (destructive or otherwise) be considered "Gang related" due to similar dress and age relation or is that anti sametic? (again I can't spell). What are the housing arrangements for the staff? on or off campus? If they are Off campus what is their tax status? If they get paid for teaching it is income and they should not be given tax exempt status.Do any of the students have wives and family? Where will they stay? If in town do they get tax exempt status? Where will they park during visits? What is the park use factor? will they be subject to "sign up" regulations like everyone else? How will disputes be handled over misunderstandings? Will they have to sign up at town hall, or will certan times be allowcated for the school? The dining facility is not big enough for all to eat at once, where will the cader meal take place?
May 19 at 12:14pm · Like


**Betty Mc Mc** Hasidim also preserve their separation through a separate school system. One of the very first things the Hasidim did upon settling in America was to found schools and yeshivas. Although the Hasidic schools fulfill minimum requirements set by state authorities such as the New York State Board of Regents, they do not teach basic scientific knowledge such as the theory of evolution, for example.

Boys and girls receive separate and quite different educations, beginning with pre-school. Girls attend all-girls schools through the age of seventeen or eighteen, normally from eight in the morning to around three in the afternoon. Boys, on the other hand, usually extend their school hours at the age of eleven until six in the evening, and after bar mitzvah, the coming-of-age ceremony at age thirteen, return to school after supper for another few hours of study. (Sunday is a regular school day for both sexes, while Friday is a half day to allow preparation for the Sabbath, which arrives at sunset.) There is a current trend towards extending the years of schooling, including more religious education for girls. Some see this as an attempt to further shore up the cultural bulwarks of separation.
May 19 at 12:15pm · Like


**Christopher J Tilton** I forgot one question, Why do you want your school in an area that does not want to host your school in there town? Where are these students comming from? Isn't there another location closer to the students familys do reduce the stress of being away from loved ones?
May 19 at 12:26pm · Like · 1


**Betty Mc Mc** http://tabletmag.com/.../lakewood-redefining-orthodoxy
May 19 at 12:27pm · Like


**Betty Mc Mc** Rabbi Aharon Kotler built an enduring community of yeshiva scholars 70 years ago...it is known as Lakewood NJ
May 19 at 12:30pm · Like · 1


**Betty Mc Mc** http://nymag.com/.../east-ramapo-hasidim-2013-4/index2.html



Them and Them

Up in Ramapo, the immigrant community and the growing population of Hasidim had eyed each other...

NYMAG.COM

May 19 at 1:58pm · Like


Write a comment...




**Dustin Scott**
May 19

Has there been or will there ever be a meeting with the people of this group? A way to get those opposed together to discuss and get a better game plan. I want to hear all the points to help wrap my head around the entire issue.

Like Comment

4 people like this.


**Christine Gallagher Schmitt** This past month we were not able to get together but we have had two residents meetings and we plan on having one before the next board of adjustment meeting. Once a meeting place is secured we will post date and time here. 0
May 19 at 10:31am · Like · 3


**Dustin Scott** Ok
May 19 at 10:34am · Like


**Jamie Van Brunt** Even if it's at the park across the street on a weekend that would be fine. There are many picnic tables there for us to gather at. Obviously when there are no sporting games going on. I think some people may have a hard time going to the meetings during the week at 7pm. I know it's hard for me because I put my baby down to sleep at that time and finally get to eat dinner. We need to rally. There is a similar situation going on in West End (Long Branch) right next to The Light House on Brighton Ave. After much negotiating between the town and the "House Of Worship Plan" They ended up suing the town and Long Branch lost the battle. It's so damn sad. It

must be nice to live tax free with an ocean view!! But since I'm a catholic I have no rights? No religious exemptions? It's a scam if you ask me. No wonder they can't leave their dorms for 10 hours at a time. They need to study hard on how to screw an entire town and get away with it. It's not a religious school, it's a business school. It's sickening. Sorry if I'm too harsh or offending anyone. But these people certainly don't pay my bills or taxes. I'm sure they will love walking our streets and enjoying our parks though that we keep so nice. They can't even cut the darn grass at that school.
May 19 at 11:14am · Like · 5



Dustin Scott I have a lot to say too much to type but more than happy to voice at a meeting.
May 19 at 11:21am · Like



Rhonda Jones Aminian I am so so disgusted with all of this, it's bad enough to try to get out of my driveway especially since my house is right after the bend, but to endure even more traffic with trucks, visitors they may arrive especially during the summer...... there is NO BENEFIT to us at all and another thing, if we did buy that CD for only $2.50 as they kept claiming, then are we NOT ALLOW TO ASK FOLLOWUP QUESTIONS????, everyone was shut down who wanted more answers to simple questions such as WHERE ARE THESE DUDES FROM?????, my son works a lot down in Lakewood surveying and what a filthy mess that is over there, I don't want their spillage here, what would benefit out community is that place being converted for the citizens and residents of our own community, not someone from elsewhere that have no intentions of living here, if for nothing else then to perhaps buy and rent out and we know how that worked out don't we?????
May 19 at 12:44pm · Like · 2



Write a comment...





**Bill Rosenblatt**
May 19

Benefit to the community is one of the key reasons for granting a use variance. Still waiting for them to clearly identify how the community i.e. Ocean Township benefits

Like Comment

9 people like this.



Eileen Spiegel Exactly! What possible benefit could there be to changing the face of our small town to that of something like Lakewood?
May 19 at 12:02pm · Like · 1





Christine Gallagher Schmitt Read the article I posted regarding "inherently beneficial use". Religious entities as well as educational ones are automatically an "inherently beneficial use".
However:... See More
May 19 at 12:42pm · Like · 6



Write a comment...





**Debbi Partusch-Mansfield**
May 18 · Wanamassa, NJ

I have information that there are at least four (4) more pending applications for the same type of establishments throughout our town. The Wanamassa application is their test case, if that goes through, they are going to officially submit the other applications for other sections of our town, so please talk to your friends and relatives throughout the town in Oakhurst, West Deal, Wayside, West Allenhurst, etc. we have to unite and defeat this so that these types of establishments are not allowed all over our town..

Like Comment

13 people like this.



George Poniros There current witness (The Planner) is a Hammer. He is very very good. We will need to develop a plan of attack to rebuttal this witness.
May 18 at 11:26pm · Like · 2



Brian Mullins I thought I posted this a comment this morning but apparently it didn't go through. I apologize if this is a duplicate.
May 19 at 11:31am · Like



Brian Mullins Now I Know it will be a duplicate...... I can't agree with George Poniros any more. They a really beginning to flex their muscles. They had some high priced people up there and they are willing to spend the money necessary to win. We need to retain a lawyer who specializes in municipal land use. The Jackson township group hired Ron Gasiorowski from Red Bank. We need to do the same. I would not hire a criminal attorney to handle a divorce nor would I hire a divorce attorny to handle a criminal case. READ THIS MAN'S RESUME! With the number of people coming to the meetings and these facebook pages we should be able to raise the money to hire him. If the Jackson Township Zoning Board Watchdog group could we can(see their



11 people like this.



Write a comment...

**Debbi Partusch-Mansfield**
February 25 · Wanamassa, NJ

I think we had a great turnout last night, and want to Thank everyone who took the time out of their busy schedules to show up and get involved in this extremely important cause. Please do not get discouraged, this is going to go on for a few more meetings, not all the testimony will be as interesting, 🙂 as the Rabbi's, but it is still very important that we all make the best effort we can to show up at each and every meeting. Let's get an even bigger turnout for the next meeting. Showing up and asking questions, in between Jennifer Krimko's testimony, LMAO, is the only way we are going to defeat this facility from getting into our neighborhood and town. Remember, Oakhurst, Wayside, West Deal, Deal Park, and all other areas of our town, if this passes, your neighborhood is next.

Like Comment

24 people like this.



**Roxann Pullano-Andrus** Krimkos testimony.....Hysterical.
February 25 at 12:19pm · Like · 2



**Betty Mc Mc** Beth Medrash Govoha...google it, this is what they want to start in OT
February 25 at 2:18pm · Like · 1



**Leah Zimmerman** C U at next meeting!
February 25 at 4:59pm · Like · 1



**Barbara Hanlon** I'm seeing this through to the end no matter how long it takes.
February 25 at 5:08pm · Like · 1



**Amy Yao** when is the next meeting?
February 25 at 6:58pm · Like



**Sue Kate** One thing to look forward to the for next couple of meetings... the weather will be nice and warm! it won't be frigid cold horrible! Lol
February 25 at 7:04pm · Like · 1



**Debbi Partusch-Mansfield** The meeting is sometime in March, they haven't set the date yet.
February 25 at 7:29pm · Like



**Joyce Garretson-Waldron** All ready happened in Wanamassa......TEMPLE BETH TORAH..All girls school now.....that went through pretty quickly & quietly.....go figure...
February 25 at 8:46pm · Like · 1



**Joyce Garretson-Waldron** Already....🙂
February 25 at 9:01pm · Like



**Roxann Pullano-Andrus** Is that true Joyce Garretson-Waldron?
February 25 at 9:20pm · Like



**Debbi Partusch-Mansfield** I think that is not a bording school though, it is a day school, which is a permitted use. I see buses there in the afternoon.
February 25 at 9:40pm · Like · 1



**Carol Mackey Ross** The girls school is not important to their community as the boys.
February 25 at 9:43pm · Like

**Carol Mackey Ross** Their religion is male based & segregated from worshiping with women. Very similar to the Islam religion. Women are nothing!!
February 25 at 9:47pm · Like · 2



**Roxann Pullano-Andrus** A day school is fine. A boarding school is not so not too worried
February 25 at 9:53pm · Like · 1



**Mark Walsh** You never been in the girls school , if it still is all the windows are black out and It is a mess inside
February 26 at 4:32am · Like · 2



**Carol Mackey Ross** Mark Walsh- that seems to be a big problem with that community. It appears they don't take care of their property & let it fall into disrepair. The Logan rd yeshiva looks awful from the outside can't imagine the inside! Shameful about the girls school as it was opened only in the past few years!
February 26 at 7:46am · Like · 1





**Mary Jo Chowning** Also, those huge Monsey buses that run up and down Logan Road in the morning are a complete hazard. They are too large for a small residential area and the drivers do not care if they run you off the road. I don't understand how we are just slowly giving our town away to this community!
February 26 at 8:20am · Like · 5


Kim Klapproth-Schmidt wait....someone from here who is "against" the yeshiva is really for it and went back to the yeshiva lawyer and told them what is being said and stuff from on here? i think that person put a knife in all of our backs....just sayin
February 25 at 7:52am · Like · 5


Tara Manning I want to know if she would be fighting this hard if the male dormitory was going up next to her house in Interlaken or next to her sister in Oakhurst. . I think not.
February 25 at 7:53am · Like · 5


Kim Klapproth-Schmidt wait, what? you know who the backstabber is? I'm so confused.....i guess i should back read (and have more coffee......)
February 25 at 7:55am · Like


Tara Manning Lol. No not yet. Lol. But I will try to find out. Lol
February 25 at 7:58am · Like


Lisa Grande Burgos She actually has a sister in Wanamassa
February 25 at 7:58am · Like


Lisa Grande Burgos That is why we need to especially be careful about what we say
February 25 at 7:59am · Like · 1


Bette Bourlokas Only good thing that came from them constantly mentioning Lakewood is that there is a definite connotation that comes with the word Lakewood. I kept thinking maybe the board would hear it over and over and realize Wanamassa is not and does not want the same fate as Lakewood.
February 25 at 8:03am · Edited · Like · 4


Bette Bourlokas But I completely agree, she was speaking for him the whole night. Loved when the chair asked if it was her testimony or his
February 25 at 8:04am · Like · 5


Jennifer Vitz Whalen I posted on my wall that people need to come out and be educated before making a decision and her sister "liked it." I know blood is thicker than water, but they couldn't be more different.
February 25 at 8:04am · Like


Michele Pappa Umlah omg-I knew I recognized her! That's so crazy. I assumed the lawyer was someone that was associated with the applicants in some way.
February 25 at 8:07am · Like · 1


Beverly Hayes Not sure how a closed group works exactly, but every time one of my friends post a comment on here I see it. Maybe that's how. Sorry couldn't be there I work Tuesday. My husband was.
February 25 at 8:21am · Like


Jennifer Vitz Whalen You will see it on your feed because you are in the group - Others cannot
February 25 at 8:22am · Like


Beverly Hayes That's what I thought just trying to figure the loophole. Jennifer Vitz Whalen call me
February 25 at 8:24am · Like


Eileen Spiegel So, are you going to "out" this person who is leaking information?
February 25 at 8:42am · Like · 1


Tara Manning I don't know who it is but if I find out why not...
February 25 at 8:55am · Like · 2


Maureen Bell Yes, Beverly Hayes. You are correct. This should be changed to a secret group. I had this same issue with another unrelated group.
February 25 at 9:18am · Like


Maureen Bell Maybe Christine can change the status of the group? BTW, sorry we couldn't make it last night. Hoping to be at the next meeting.
February 25 at 9:22am · Like · 1


Debbi Partusch-Mansfield Apparently, someone on this site is friends with Jennifer or her family, and they are feeding her all that is discussed here. I think they should remove themselves from this site too. And if we find out who it is, we should remove them immediately, they certainly are not doing what is in the best interest of this group.
February 25 at 10:24am · Like · 6


Tara Manning I have a few names in mind working on more. It might be someone who is friends with her sister. I received a message today giving me a few names to check out.
February 25 at 7:31pm · Edited · Like · 3


Barbara Hanlon As smart and crafty as she is, I am more impressed with our residents than I am with their lawyer!
February 25 at 12:57pm · Like · 6

Tara Manning Let me clarify something. I do not know who the leak is but I will find out. Also if I had a sister I would most certainly tell her what I found out. Thats what family does. This is not an attack on her sisters or is this sisters fault or the lawyer ... See More
February 25 at 9:10pm · Edited · Like · 9


Angie Malick I thought I seen a post from the lawyers sister
February 25 at 8:19pm · Like · 1



**Michael Rosie Camoosa** All that did was waste time, and keep questions to a minimum

February 25 at 6:33am · Like · 1



**Jennifer Vitz Whalen** There is absolutely no beneficial use to Ocean Twp. They won't patronize our businesses, they won't participate in providing community service, they won't allow others into the establishment to gain religious knowledge and they can't guarantee that the men at the school are without criminal history. Add to that the fact that POINT A (Made by Rabbi Lesir) was that as a community we are immoral and would poorly influence the students and are viewed as anti semitic and could possibly harm them. Sounds to me like this wasn't thought through very well.

February 25 at 8:01am · Like · 4



**Roxann Pullano-Andrus** They're grasping at straws at this point. It's only a matter of time til the board can vote no. Hang tough good people of Ocean Township. You're doing a great job

February 25 at 8:22am · Like · 5



**Eileen Spiegel** Jennifer Vitz Whalen the point you make is the most important argument against this use of the property. Not one student from Ocean will benefit. All are from out of town and out of state. They will not interact with or provide any contributions to the town. Women, children, minorities and all other religions are excluded. All other currently permited uses of this property would be likely to include a benefit to some residents of Ocean but this one only excludes us.



February 25 at 8:55am · Like · 4



**David Miller** We just have to keep going to every meeting



February 25 at 10:28am · Like · 4



Write a comment...

**Nicholas J Novak**

February 25

I understand the legal point of order that Ms. Krimko and the board were making when they said that some of the questions several members of the public were asking while referring to the past minutes of the zoning board of adjustment could not be allowed as verbatim testimony of Rabbi Lesin due to the fact that the questioner's were not reading from the actual transcripts as to what he actually said . But then how please tell me does one of us in the general public obtain the sacred transcripts the possession of which is unobtainable? Yes the minutes of these meetings posted are interpretations by the clerk who wrote the minutes but for goodness sake most if not all of the board members were present at the past meetings and they heard as well as I did the numerous contradictions which Rabbi Lesin has uttered in his testimony. How does Ms. Krimko get to refer as to the exact words of Rabbi Lesin and we the public can not, this is blatantly unfair under any circumstance. What I am saying then is that it is incumbent on the board to supply us with all of the transcripts of every zoning board of adjustment meeting on this issue of the proposed Yeshiva so that we can prove without any doubt that the Rabbi Lesin is repeatedly prone to contradicting himself under sworn testimony on several important points in this application. Could this point be raised with our lawyer at my suggestion please? Also, it is my contention that once again the issue of whether or not Rabbi Lesin's testimony has or has not come to any final conclusion is open to interpretation (get the transcripts) as the board chairman moved on abruptly to a 5 minute break without mentioning formally if the public had any further questions before the break or after returning from the break. The public has more questions for Rabbi Lesin and he should be made available in future.

Like Comment

10 people like this.



**Eileen Spiegel** Excellent point! How do we approach the board about this? They indeed have an advantage if they are the only ones who can use verbatim testimony in an argument.

February 25 at 9:06am · Like · 1



**Debbi Partusch-Mansfield** This is definitely a question for the attorney. Nicholas J Novak, do you have the email for the attorney?

February 25 at 9:21am · Like



Write a comment...





**Cyndi White**

February 25 · Farmingdale, NJ

With a small parking lot what is the evacuation plan for 97 adults in case of an emergency?

January 30 at 8:05am · Like · 4


**Ann Keene Foster** What is the date of the meeting again?
January 31 at 11:30am · Like · 1


**Christine Gallagher Schmitt** Ann Keene Foster it is Tuesday Feb. 24th at 7 at the high school.
January 31 at 11:55am · Like · 1


**Ann Keene Foster** ThAnks Christine Gallagher Schmitt
January 31 at 5:25pm · Like


**Wendy Martinez** I would love to get a copy of the flyer as well so I can pass out. I am at the top of Grassmere near Logan.
February 1 at 4:04pm · Like · 1


**Joseph E. Schmitt** Wendy send Christine Gallagher Schmitt a private message with your email
February 1 at 4:39pm · Like


**Ed Horn** Joseph E. Schmitt email me 1 chiefx3@verizon.net
See Translation
February 1 at 4:42pm · Like


**Joseph E. Schmitt** Ok anyone else wants one she will send it when it's done
February 1 at 4:43pm · Like


**Christine Gallagher Schmitt** Will get it to anyone who wants tomorrow. Just send me your email address if I don't already have it. Thanks!
February 1 at 5:12pm · Like


**Bill Rosenblatt** an attorney representing the interests of the people is essential...you know what they say about someone who defends himself in court "he has an idiot as a client and a dumb attorney".
February 2 at 3:26am · Like · 1


**Fred Gruber** Thank you Bill, I said the same thing, going in unarmed against someone who is armed is dangerours
February 2 at 4:33pm · Like · 1


**Bill Rosenblatt** a denial must be based on specific issues not on the number of people in the room. denying a proposed variance demands that the decision makers have the legal grounds to deny and respond to the points made by those seeking the variance.
February 2 at 5:36pm · Like · 1


**Ann Keene Foster** The topic of the last meeting was the landscaping and parking lot but I think this meeting will be open for other issues - which is where the fact that an adult residential boarding facility is not in keeping with the demeanor of this family neighborhood - that is why the current zoning law is the way it is.
Changes should not be mad to accommodate this facility that brings no value, enhancement or benefit to the local tax paying community at large. The building is usable within the confines of the current zoning ordinance and th
February 2 at 5:51pm · Like · 1


**Ann Keene Foster** Continued:
There is no need to change it.
February 2 at 5:51pm · Like · 3


**Ed Foley** First of all, in ref to a lawyer, who will pay for bill. We have the vote on our side , the town must see we mean business . And there will be an empty council seat in may. We need to have a game plan. The town council is all over Facebook doing intros . Why because its time to put puppet in a seat so they can control. We need to stand tall an tell the town we Do NOT WANT TO BE LAKEWOOD . It's time to take off the boxing gloves , hit hard and fast . Lets fill the seats and show we mean business. DON'T LET THIS GET SHOVED UP OUR ASS?
February 3 at 9:51am · Like · 6


**Joseph E. Schmitt** Fyi when they tried to move into Cooper Gables and withdrew their application because it was costing to much money because of all the meetings I dragging it out and the number of opposition to it They pay those experts lots of money every time they have to come to a meeting
February 3 at 1:49pm · Like · 4


**Joseph E. Schmitt** So numbers and delays do count and they did not have an attorney representing the town people opposing it
February 3 at 1:51pm · Like · 3


**Bill Rosenblatt** In all due respect to those on this thread. I was a Mayor for 10 years. I sat in on many hearings for variances. The numbers of people, although helpful, are less important then the legal issues and grounds for denying the variance. Delays do not count. Those asking for the variance have a very aggressive and skilled attorney who I am sure knows the law. Better safe then sorry. Lawyers know the law and the loopholes. I don't
February 3 at 3:09pm · Like


**Tara Manning** We have looked into a lawyer and it is very expensive. More than we can all afford. If you know someone who will lend us their expertise that would be greatly appreciated. This is the same group that already withdrew one application because of opposition.
February 3 at 3:19pm · Like · 2


**Bill Rosenblatt** how much is "very expensive"? just curious
February 3 at 3:42pm · Like


**Debbi Partusch-Mansfield** I believe it was a minimum of $2500.00 every time they attended a meeting.



**Gene Talarico** That's not happening here. Keep it in Lakewood
January 20 at 11:24am · Like



**Michael Rosie Camoosa** We need to fill the auditorium at the High school!
January 20 at 11:29am · Like · 3



@ **Dennis Huntley** what is that huge building on whale pond? my wife was told it was a "house".
January 20 at 11:29am · Like · 2



**Michael Rosie Camoosa** yes, who approved that, such an eyesore
January 20 at 11:30am · Like · 3



**John Murphy** It is a house.
January 20 at 11:32am · Like

**Rosettina Guzzi Bertini** How did they allow this?



January 20 at 11:47am · Like · 3



**Tara Manning** Noone fought it so it was allowed. Sad. I truly believe that it's not just a house.
January 20 at 12:59pm · Like · 6



**Josie Smith McNamee** This is the one on Whalepond across from the Park? Its an eyesore and going to cause such traffic on Whalepond. This cannot happen! We live on the other side of the park - towards 35...we cannot have this! We will be there to support!
January 20 at 2:39pm · Like · 3



**Carla Teresa Ribeiro-Batalas** It looks like a hotel! It has a car port in the front.
January 20 at 3:36pm · Like · 2



**Mary Jo Chowning** It's completely unbelievable! There's no way it is a house!
January 20 at 4:46pm · Like · 2



@ **Dennis Huntley** why was nobody informed of this prior to the construction? I never got anything in the mail.
January 20 at 5:57pm · Like



@ **Dennis Huntley** i believe it's all about giving money to the township and they (police / politicians) look the other way!
January 20 at 5:58pm · Like · 1



**Tara Manning** They only have to notify the homes within a certain distance. It's not very far.
January 20 at 6:06pm · Like



**Kevin J Allen** These 'chosen' people do not abide by the rules in our society & are raising a generation that simply cannot hold a job to support their large family. Lakewood has gone to hell & if they build in Ocean watch the 'Monsey' effect...
January 20 at 6:16pm · Like · 5



**Aimee Sickles** I'm new just bought my first home in Wanamassa can someone full me in on when this meeting is going on and how I can help
January 26 at 10:55pm · Like



Write a comment...





**Barbara Hanlon**
January 11

1/8/15 Coaster article




**Ocean Schedules Hearing on Talmudic Academy**

A proposal to create a residential Talmudic Academy on Logan Road in the Wanamassa section of Ocean Township will have a special hearing before the...

THECOASTER.NET

Like Comment Share

9 people like this.



the Wet Lands questions.

Like Comment

19 people like this.

**Paul Drucker** I'll check in with NJdEP to confirm. been a while since I did that work but hope they squirmed a bit.
December 11, 2014 at 9:12pm · Like · 6

**Tara Manning** You did great.. That's why I asked around for a contact. Seems they have no intention on contacting the state regarding the wetlands until it's too late.
December 11, 2014 at 9:14pm · Like · 5

**Paul Drucker** Thanks. I'll do what I can to make sure they do. Also Army Corps of Engineers love to calls puddles wetlands.
December 11, 2014 at 9:24pm · Like · 5

**Christine Gallagher Schmitt** Paul Drucker you were awesome!
December 11, 2014 at 9:25pm · Like · 4

**Christine Gallagher Schmitt** Tara Manning thank you....is there anyone you DON'T know?! LOL
December 11, 2014 at 9:25pm · Like · 3

**Tara Manning** Good to know. We need to get and do everything we can so this doesn't go through.
December 11, 2014 at 9:25pm · Like · 2

**Tara Manning** Lol. Not really. Lol.
December 11, 2014 at 9:27pm · Like · 2

**Leah Zimmerman** Good idea. I hope that person will not be shot down by the attorney!
December 12, 2014 at 11:09am · Like · 2

**Tara Manning** Me too but if they have the knowledge they will ask the right questions.
December 12, 2014 at 2:30pm · Like

Write a comment...

**Debbi Partusch-Mansfield**
December 12, 2014

At the last 2 meetings, the Rabbi was overheard talking about giving up on this and pulling the Application. However, his attorney, is the one pushing this fight, as she was overheard telling the Rabbi "No, we have to follow this through". So if we keep up our attendance, and have more people show up at these meetings, I think they will finally get discouraged enough to give up, or the Board will have no choice but to deny this Variance. Let's work hard at getting more people at the next meeting. They will then see that they have to relocate it to a bigger building. They had to do this for the meetings against Copper Gables, so why can't they do it for us.

Like Comment

36 people like this.

Write a comment...

**Debbi Partusch-Mansfield**
December 12, 2014

I certainly don't understand why the Site Planner could not answer any questions about they affect on the water/sewer infrastructures, wetlands, etc.. I could be mistaken, but I thought that was part of the planners job, to know the affects the site plan will have on all the adjacent sites and infrastructures.

Like Comment

4 people like this.

Write a comment...

**Christine Gallagher Schmitt**
December 11, 2014 · Wanamassa, NJ

Question posed to me from a non-Facebooker: have there been any studies done of the property value impact a school like this has on the area?