**Township of Ocean**
**Board of Adjustment**



Regular Meeting
May 12, 2011

**CAUCUS SESSION:**          TIME:  7:15 P.M.
                             PLACE: Township Hall, <mark>Second Floor Conference Room</mark>
                             Deal and Monmouth Roads

**REGULAR MEETING:**         TIME:  7:30 P.M.
                             PLACE: Public Meeting Room, Municipal Building
                             Deal and Monmouth Roads, Oakhurst

**CALL TO ORDER**
**ROLL CALL:**   Chairman Goode, Vice Chair Schepiga;
                 Board Members: Berkowitz, Delano, Grabelle, Lefferson, Malta, Messer,
                 Pflaster, Van Wagner

**SALUTE TO FLAG**

**CHAIRMAN'S STATEMENT:** The notice requirements of the Open Public Meeting Law for this meeting have been satisfied, a copy of the notice having been sent to the Asbury Park Press, The Atlanticville, and The Coaster, and filed in the Office of the Township Clerk on July 9, 2010.

**EMERGENCY NOTICE:** There is an emergency exit through the courtroom doors and two exits at the rear of the room.

**NO SMOKING**

**BOARD POLICY:** No new cases will be started after 11:00 P.M. and no new testimony taken after 11:30 P.M. In addition, the applicant will be limited to forty-five minutes of testimony.

**CELL PHONES:** If you have a cell phone, we ask that you turn it off during the meeting. If you need to make a call, please leave the room.

**MINUTES FOR APPROVAL:** May 2, 2011

**RESOLUTION MEMORIALIZATIONS**   Hillel School
                                  Block 34.03, Lots 2, 2.01
                                  1025 Deal Road
                                  Wayside
                                  **Preliminary and Final Site Plan Approval**
                                  **'d' Variance approval**
                                  **'c' Variance approval**

1

| **APPLICATION WITHDRAWN** | **Beth Medrash of Asbury Park** |
|---|---|
| | Block 216, Lot 19 |
| | 1515 Logan Road |
| | Wanamassa |

**CARRIED CASES**

1. **Eddie Alavi**  
   Block 1.03, Lot 5  
   2 Hanley Road  
   Wayside  
   Zone AR-3/PRD

   This is an application to erect a deck with a variance for:

   |  | **Required** | **Proposed** |
   |---|---|---|
   | Rear yard setback | 40' | 24' |

2. **T-Mobile Northeast, LLC**  
   Block 1, Lots 30, 31, 32  
   1215-1229 West Park Avenue  
   Wayside  
   Zone R-1/PAC

   This is an application for 'c' and 'd' variances with minor site plan approval to erect a monopole and for a sign variance.

   Attorney for the applicant: Frank Ferraro, Esquire

**NEW CASES**

3. **Pamela Larsen**  
   Block 121, Lot 2  
   2 Wanamassa Point Road  
   Wanamassa  
   Zone R-6

   This is an application to erect an addition with a variance for:

   |  | **Required** | **Existing** | **Proposed** |
   |---|---|---|---|
   | Rear yard setback | 30' | 33' | 19' |
   | Lot coverage | 35% | 33.14% | 41.94% |

4. **Agnaldo Olinski**  
   Block 128, Lot 11  
   1302 Garven Avenue  
   Wanamassa  
   Zone R-6

   This is an application to change the location of a tree house using it as a storage shed with a variance for:

   |  | **Required** | **Existing** | **Proposed** |
   |---|---|---|---|
   | Lot coverage over maximum | 35% | 44.8% | 48.8% |

5. **Carol Gallina**  
   Block 35.02, Lot 14  
   23 Framingham Road  
   Wayside  
   Zone R-2

   This is an application to erect a retaining wall with a variance for change in grade of two feet or more.

2

6. **Fulvio Figliola**　　　This is an application to replace a driveway with a
   Block 26.04, Lot 38　　variance for
   370 West Park Avenue
   Oakhurst
   Zone R-3

   | | Required | Existing | Proposed |
   |---|---|---|---|
   | Side yard setback | 5' | 0' | 0' |

7. **Glen and Amanda Smyth**　This is an application to erect a 5' fence with a variance
   Block 25.03, Lot 1　　　for:
   100 Ampere Avenue
   Oakhurst
   Zone R-4

   | | Required | Proposed |
   |---|---|---|
   | Front yard setback | 30' | 25.04' |

8. **Stefan Betesh**
   Block 25, Lot 144　　　This is an application to erect a fence with a variance for
   426 Brookside Avenue　construction in a flood plain.
   Oakhurst
   Zone R- 4

9. **RSC Realties**　　　This is an application for preliminary and final site plan
   Block 3, Lots 5, 6　　approval with 'd' and 'c' variances.
   2127 Highway 35
   Oakhurst　　　　　　Attorney for the applicant:  Gerald N. Sonnenblick, Esquire
   Zone C-2

3