**Township of Ocean**  
**Board of Adjustment**



Regular Meeting
October 14, 2010

**CAUCUS SESSION**:  TIME:  7:15 P.M.
            PLACE:  Township Hall, <mark>Second Floor Conference Room</mark>
                    Deal and Monmouth Roads

**REGULAR MEETING**:  TIME:  7:30 P.M.
            PLACE:  Public Meeting Room, Municipal Building
                    Deal and Monmouth Roads, Oakhurst

**CALL TO ORDER**
**ROLL CALL:**   Chairman Goode, Vice Chair Schepiga;
            Board Members: Berkowitz, Delano, Grabelle, Lefferson, Malta, Messer,
                    Pflaster, Van Wagner

**SALUTE TO FLAG**

**CHAIRMAN'S STATEMENT:** The notice requirements of the Open Public Meeting Law for this meeting have been satisfied, a copy of the notice having been sent to the Asbury Park Press, The Atlanticville, and The Coaster, and filed in the Office of the Township Clerk on July 9, 2010.

**EMERGENCY NOTICE:**  There is an emergency exit through the courtroom doors and two exits at the rear of the room.

**NO SMOKING**

**BOARD POLICY**:  No new cases will be started after 11:00 P.M. and no new testimony taken after 11:30 P.M.  In addition, the applicant will be limited to forty-five minutes of testimony.

**CELL PHONES**:  If you have a cell phone, we ask that you turn it off during the meeting.  If you need to make a call, please leave the room.

**MINUTES FOR APPROVAL**:  September 23, 2010

**RESOLUTION of Appreciation for Jennifer Lombardi**

**RESOLUTION MEMORIALIZATIONS**

| | |
|---|---|
| **Thomas Tallman** | **Christopher and Janice Lanzafame** |
| Block 25.34, Lot 24 | Block 200, Lot 18 |
| 430 Redmond Avenue | 1320 Franklin Avenue |
| Oakhurst | Wanamassa |
| **Bulk Variance Approval** | **Bulk Variance Approval** |
| | |
| **Robert and Wilma Wright** | **Edelsberg Realty, LLC / Irving and Joan Edelsberg** |
| Block 150.09, Lot 7 | Block 217, Lot 2 |
| 74 Cedar Village Boulevard | 3331 Sunset Avenue |
| Wayside | Wanamassa |
| **Bulk Variance Approval** | **Overturn Decision of the Zoning Officer** |

1

**CARRIED to November 9, 2010**

**Christian and Christina Kaunzinger**
Block 140.12, Lot 4
2 Park Place
Colonial Terrace

**Sion Palacci**
Block 55, Lot 2
140 Roseld Avenue
Deal Park

**CONTINUED CASES**

1.  **Yeshiva of Ocean**              This is an application for a use variance to convert an
    Block 34.03, Lots 5.01, 5.02      office building to use as a Yeshiva and for minor site
    1001 Deal Road                    plan approval with variances.
    Wayside
    Zone R-3/PRD                      Attorney for the Applicant:  Jennifer Krimko, Esquire

2.  **Christian and Megan Anderson**
    Block 109, Lot 17
    2306 Sunset Avenue                This is an application for a patio and 6' fence on a corner lot
    Wanamassa                         with a variance for:
    Zone R-6
                                                                         **Required**   **Proposed**
                       Front yard setback - patio         30'         14.94'
                       Front yard setback – fence         30'         5'

**CARRIED CASE**

3.  **Congregation Sons of Israel**   This is an application for Minor Site Plan approval
    Block 34.03, Lots 2, 2.01         with variances for an amendment to the conditional
    Poplar Road and Poplar Place      use approval.
    Wayside
    Zone R-3/PRD                      Attorney for the applicant:  Jennifer S. Krimko, Esq.

**NEW CASES**

4.  **Marc C. Moghrabi**              This is an application to construct an in-ground pool with
    **Albert C. Moghrabi**            variances for:
    **Isaac C. Moghrabi**
                                                                         **Required**   **Proposed**
    Block 14.01, Lot 9                Front yard setback for pool        30'         27'
    241 Roosevelt Avenue              Front yard setback for walkway     30'         24'
    Oakhurst                          Front yard setback for fence       30'         20'
    Zone R-4
                                      Attorney for the applicant:  David Esses, Esquire

2

5. **Salvatore and Josette DiBona**
   Block 69, Lot 9
   622 Corlies Avenue   This is an application to install a new driveway and keep a
   West Allenhurst   deck with a trellis with variances for:
   Zone R-5

   |  | Required | Existing | Proposed |
   |---|---|---|---|
   | Front yard setback | 30' | 22' | 19' |
   | Rear yard setback | 30' | 34' | 24' |

   Curb cut on street of higher classification

6. **Ralph DeSarno / Kathy Klemm**   This is an application to keep a front entry with
   Block 3.02, Lot 9   a variance for:
   24 Branch Road
   Oakhurst
   Zone R-4

   |  | Required | Proposed |
   |---|---|---|
   | Front yard setback | 30' | 27.51' |

3