# We Need Your Help

This Thursday, July 8, 2010 at 7:30 pm, the Board of Adjustment (BoA) will hear the continuing petition by Meir Miller to house his wife, himself, ten minor children and **60 adult males** in the Copper Gables Office Building, located on the corner of Deal Road and Poplar Road.

Copper Gables is zoned "business commercial". It is permissible to put a parochial school on the premises (defined as up to and through grade 12). Miller's group of adult males is ages 18 and older.

This petition does not represent Miller as requesting a "use variance" for a house of worship. It does not specify anything other than a "Yeshiva". This is not permissible.

This is the actual proposal:

- Miller will house his ten minor children and wife in a 3000 square foot residential suite.
- An existing chiropractor's office will remain in the building. It is 1800 square feet.
- **Sixty adult men** will be housed in 2500 square feet of sleeping space. That's a little more than 40 square feet per adult male.
- The **60 adult males** will share three toilets, three showers and one washer and dryer.
- No recreation facilities will be provided for the **60 adult males** other than a basketball hoop in the parking lot.
- The **60 adult males** will not be allowed to park their cars on Miller's property, leaving the surrounding neighborhood streets as their only parking option.

**The request to re-zone this property should be denied based on the aforementioned information.**

Mr. Miller's history should give the BoA pause for concern. In October 2000, Miller misrepresented his intentions on his Certificate of Occupancy at 407 Deal Road, Ocean. He stated that the sole occupants of the residence would be himself, his wife and five children. Upon receiving his C.O., he not only moved his immediate family in, but also 11 adult males. This was a clear violation of housing regulations and he would be served with over 300 complaints by the Township over the next three years.

- Shortly after Miller moved in to 407 Deal Road, he began to advertise his illegal Yeshiva. When told to "cease and desist", he just ignored it.
- Miller was repeatedly instructed by the Township Housing Department to allow an inspection of the premises. He ignored all requests until relenting some two years later.
- Finally, after three years, Miller and his group fled to Whalepond Road in Eatontown. Miller lined up three houses; 202 Whalepond for himself and his family and 196 and 198 Whalepond for his now 30 "residents". The 30 adult males were put 15 to a house (note: the houses are three bedrooms, 2000 square feet).

At the June 22nd BoA meeting, Miller declared that his neighbors in Eatontown "love us". Let's take a look at how love worked in that neighborhood:

- Miller's neighbors repeatedly complained about the filth and lack of upkeep at the two homes housing the adult males.

- For six years, Eatontown Housing, Zoning, Police and Fire Officials routinely issued summonses to the Miller group for noise, litter, housing and zoning violations. Many of these summonses were for operating an illegal Yeshiva.

Who are the men that Miller houses? Miller claims that they come from Monsey, NY and Lakewood, NJ. According to him, they also come from such cities as Los Angeles and Toronto. No criminal or sexual predator background checks are performed on these men whatsoever. What rights do the citizens of Ocean Township have when it comes to placing **60 adult men** into the middle of our suburban community? Also, Miller's residents come and go without any registration. There is no "Code of Conduct" that these men must sign and adhere to. There is absolutely no supervision of these college age men other than Miller and his wife (don't forget they will be residing in their own quarters with their ten children).

Miller claims that this "Yeshiva" is a 501(c)3, non-profit organization. When asked about financials of the non-profit at the aforementioned BoA meeting on June 22nd, he was vague. When asked about how much tuition his boarders pay him, he refused to answer. If Miller is a legitimate "Dean or President" (his words) the financials of his non-profit, Yeshiva of Ocean, Inc., would willingly be disclosed to the Board of Adjustment. It is critical that he provide financial documentation to show the BoA that Yeshiva of Ocean, Inc., showing that his 501(c)3 is, in fact, legal and legitimate.

Miller has shown contempt for local authorities regularly over the past ten years. The hundreds of unanswered complaints filed by officials in Ocean and Eatontown confirm this unequivocally. One cannot assume that if he is approved to move his group to Copper Gables that he will abide by local, State and Federal laws and ordinances. His request must be rejected before he has an opportunity to thumb his nose at authorities AND MORE IMPORTANTLY, his neighbors again and again. Our neighborhood does not need the constant noise, filth and decay that he has wrought on Deal Road and Whalepond Road.

Please come to the BoA meeting, Thursday, July 8th at 7:30 pm to voice your opinion and express your concerns about this proposal.