Remove

Eileen Spiegel It's funny how they don't care that they are not welcomed. They just push right on through.

4 hrs · Like · 2



Remove

Audrey Machen Case Sylvia Sylvia how did you win the fight at Copper Gables?

4 hrs · Like



Remove

Sylvia Sylvia Audrey Machen Case, we organized the neighborhood. They held a number of long meetings. It was our belief the applicant was hoping we'd lose steam. Then my ex did a history check on the applicant. Found three inches of summonses from Eatontown where he had already set up shop. Hundreds of infractions that went ignored. We took pictures of his other flop houses. It really invigorated our determination. The attorney (same woman) called us the day after one of the more vocal meetings and said the applicant wanted to compromise. They were willing to accommodate our concerns. We told her no compromise was acceptable and they could expect more of the same at the next meeting. Within a couple of days, they pulled the application. Then we asked that the council proactively prevent this kind of application from coming forward again. We were told it would definitely be addressed and something would be done.

3 hrs · Like



Remove

Brian Mullins They have said so many things and then said the contrary. The rabbi said they were seeking accreditation but needed a permanent address to apply for accreditation but I think at another meeting he said he did not have to apply for accreditation. Again so much has been said it is hard to keep track. Additionally they keep saying it was approved for dorm use of up to 50 already but I thought at the last meeting it was determined that it was approved for 30; there was an application to increase to 50 but it was withdrawn. Also the approval was for up to 18