

# ANSELL GRIMM & AARON PC
## COUNSELORS AT LAW

1500 LAWRENCE AVENUE
CN7807
OCEAN, NEW JERSEY 07712
732-922-1000
732-922-6161 (FAX)

341 BROAD STREET
CLIFTON, NEW JERSEY 07013
973-247-9000
973-247-9199 (FAX)

140 GRAND STREET
SUITE 501
WHITE PLAINS, NEW YORK 10601
800-569-3886

www.ansellgrimm.com

RICHARD B. ANSELL
PETER S. FALVO, JR.
JAMES G. AARON
PETER B. GRIMM
MITCHELL J. ANSELL
BRIAN E. ANSELL
ALLISON ANSELL RYAN
MICHAEL V. BENEDETTO
DAVID B. ZOLOTOROFE
DONNA L. MAUL
RICK BRODSKY
LAWRENCE H. SHAPIRO
ROBERT A. HONECKER, JR.
JENNIFER S. KRIMKO
FREDERICK C. RAFFETTO

EDWARD J. AHEARN
JASON S. KLEIN
MELANIE J. SCROBLE
BARRY M. CAPP
DOUGLAS A. DAVIE
GREG S. GARGULINSKI
JAY R. SCHMERLER
KRISTINE M. BERGMAN
BRIDGET K. DORNEY
JESSICA T. ZOLOTOROFE
MICHAEL H. ANSELL
TARA K. WALSH
HEATHER L. GARLEB
ELLIOT S. SOLOP

COUNSEL
JOSHUA S. BAUCHNER
HON. RAYMOND A. HAYSER, J.T.C. (RET)
DAVID K. ANSELL (RET)
ROBERT I. ANSELL (RET)
HUSSAM CHATER
LISA GOLDWASSER

IN MEMORIAM:
LEON ANSCHELEWITZ (1929-1986)
MAX M. BARR (1929-1993)
MILTON M. ABRAMOFF (1935-2004)
MICHAEL A. PANE (2013)

LICENSED ALSO IN
DC · MA · NY
PA · FL

FELLOW AMERICAN ACADEMY
OF MATRIMONIAL LAWYERS

CERTIFIED BY THE SUPREME COURT
OF NEW JERSEY AS A CIVIL TRIAL
ATTORNEY

CERTIFIED BY THE SUPREME COURT
OF NEW JERSEY AS A CRIMINAL
TRIAL ATTORNEY

CERTIFIED BY THE SUPREME COURT
OF NEW JERSEY AS A MATRIMONIAL
LAW ATTORNEY

Email: jsk@ansellgrimm.com
Direct Dial: 732-643-5284

June 11, 2014

**Via Hand Delivery**
Ocean Township Zoning Board of Adjustment
Attn: Marianne Wilensky, Director of
Community Development
399 Monmouth Road
Oakhurst, New Jersey 07755

  RE: Yeshiva Gedola Na'os Yaakov, Inc. – Use Variance Application
     PQ: 1515 Logan Road
        Block 216, Lot 19
  Our File No. 83640-0

Dear Ms. Wilensky:

  With regard to the above-referenced Application, enclosed herein please find the following:

1. Original and fifteen (15) copies of the Application with Addenda 1, 3 and 5 attached;
2. Three (3) sets of the Use Variance-Site Plan prepared by Nelson Engineering Associates, Inc. dated April 14, 2014 consisting of one (1) sheet;
3. Three (3) sets of the Architectural Plan prepared by Shore Point Architecture, P.A. dated May 21, 2014 consisting of three (3) sheets;
4. Sixteen (16) copies of the Declaration of Responsibility and Mission Statement prepared by the Applicant;
5. Sixteen (16) copies of the Overview prepared by the Applicant;

June 11, 2014
Page | 2

6. Sixteen (16) copies of Rabbi Schustal's biography;
7. Sixteen (16) copies of Rabbi Lesin's biography;
8. Sixteen (16) copies of the Daily Schedule;
9. Sixteen (16) copies of the 2014-2015 Catalog of Yeshiva Gedola Na'os Yaakov;
10. Ownership Certification;
11. Permission for Inspection of Premises;
12. Check of Zebra Holdings, LLC made payable to "Township of Ocean" in the amount of $2,500.00 representing the required application fee;
13. Check of Zebra Holdings, LLC made payable to "Township of Ocean" in the amount of $4,000.00 representing the required escrow fee;
14. Check of Zebra Holdings, LLC made payable to "Township of Ocean" in the amount of $10.00 representing the required fee for the certified list of property owners; and
15. W9 Tax Form.

Once you have had the opportunity review the above, kindly advise if this matter is deemed complete so that we can forward any additional information you require or the remaning plan sets.

Thank you for your time and cooperation.

My best.

Very truly yours,

JENNIFER S. KRIMKO
Member of the Firm

JSK:slm
Enclosures
c.c.   Rabbi Zeev Rothschild (w/copy of Application) Via Email zr@zrusa.com
       Rabbi Shlomo Lesin (w/copy of Application) Via Email slesin@stuhelp.org
       David Boesch, LLA (w/copy of Application) Via Email dboesch@nelsonengineering.net
       Stephen Carlidge, AIA (w/copy of Application) Via Email sjc@shorepointarch.com
       Andrew Janiw, PP (w/copy of Application) Via Email ajaniw@beaconplanning.net
       Mark Steinberg, Esquire (w/copy of Application) Via Email steinb57@aol.com

00068574.1



ANSELL GRIMM & AARON PC
COUNSELORS AT LAW

TOWNSHIP OF OCEAN
PLANNING BOARD/BOARD OF ADJUSTMENT

| Office Use Only: | |
|---|---|
| Building Department | _____ |
| Crime Prevention | _____ |
| Board Engineer | _____ |
| Environmental Comm. | _____ |
| Fire Marshall | _____ |
| Township Planner | _____ |
| Public Works Dept. | _____ |
| Tax Assessor | _____ |
| Traffic Safety | _____ |

Please review and return to my office by:

Marianne Wilensky
Planning Administrator

Licensed NJ Professional Engineer and/or Land Surveyor preparing the sketch plat:

Applicant: Yeshiva Gedola Na'os Yaakov, Inc.

Address: 120 Magnolia Drive
Lakewood, NJ 08701

Daytime Telephone: 732-643-5284
Fax Number: 732-643-5294

Owner's Name if other than applicant: Zebra Holdings, LLC
152 James Street
Lakewood, NJ 08701

Attorney Representing Applicant:
JENNIFER S. KRIMKO, ESQUIRE
Ansell Grimm & Aaron, P.C.
CN 7807
Ocean, NJ 07712

Phone: 732-643-5284
Fax:   732-643-5294

This application is a request for which of the following:

ZONING VARIANCE
   Hardship    Addendum #1
X Use        Addendum #1

CONDITIONAL USE VARIANCE
   Addendum #2

SITE PLAN

   Preliminary  Addendum #3
   Final       Addendum #3
X Minor       Addendum #3
   Amended     Addendum #3
   Extension   Addendum #3

SUBDIVISION

   Minor       Addendum #4
   Preliminary  Addendum #4
   Final       Addendum #4
   Amended     Addendum #4
   Extension   Addendum #4

CONCEPTUAL REVIEW    Addendum #4

Location of Property in this application: 1515 Logan Road

Block: 216         Lot: 19

Zone: R-4

Descriptive explanation of request: Applicant seeks approval for an advanced Talmudic academy, wherein the students are proposed to board onsite while school is in session. Applicant proposes a maximum of 96 students ranging in age from 18 to 22 years old.

Applicant's signature _____   Date 6.10.14
JENNIFER S. KRIMKO, ESQ.
Attorney for Applicant

00059598.1

**ADDENDUM #1**
TOWNSHIP OF OCEAN
ADDENDUM FOR ZONING VARIANCE

1. Does the applicant own adjoining property? **No**

2. Size of lot depth: **362 feet;** width: **334 feet**
   Square footage of lot: **127,501**

3. Size of proposed structure: **No new structure proposed**

4. Percentage of lot occupied by building: **39.2%**

5. Height of building: **Existing Two-Story**
   Amount of feet:      **30 feet**

6. Setback from front property line:   **71.4 feet**

7. Setback from rear property line:    **163.4 feet**

8. Setback from side property line:    **23.0/126.7 feet**

Method of domestic waste disposal:

              Septic _____    Sewer **X**

Has a building permit been requested?  **No**

Has there been any previous appeal involving these premises? **Yes**
If so, state character of appeal and date of disposition:
**Please see Zoning Board file**

The proposed building or use thereof is contrary to the Zoning Ordinance in the following particulars:

List of Requested Variances/Waivers:

Use variance pursuant to NJSA 40:55D-70.d.1 to permit a boarding school for post-high school students

State reasons why this zoning variance should be granted:

**To be provided through testimony from a licensed Professional Planner.**

ATTACHED TO DEVELOPMENT APPLICATION #

00062772.1

<u>ADDENDUM #3</u>

TOWNSHIP OF OCEAN

ADDENDUM FOR SITE PLAN APPROVAL

PRELIMINARY SITE PLAN:  Complete Numbers 1 through 4 only:

1. Have you read all of the site plan requirements?  Yes

2. Have you been given a checklist?  Yes

3. Have you complied with all the requirements:  No

4. If not, where does it differ and state reasons why you cannot comply:  Use Variance to permit boarding school for post-high school students

FINAL SITE PLAN

5. Does this differ in any way from Preliminary Approval?  No

6. If it does differ, please indicate where it differs and state the reasons therefore:  N/A

7. Anticipated starting date:     To be provided
   completion date:     To be provided

8. Estimated cost of construction: To be provided

00028077.1

ADDENDUM #5

TOWNSHIP OF OCEAN

ADDENDUM FOR SITE PLAN/SUBDIVISION APPROVAL

APPLICATION BY CORPORATION
OR PARTNERSHIP
YESHIVA GEDOLA NA'OS YAAKOV INC.

A Corporation or Partnership applying to a Planning Board or Board of Adjustment or the Governing Body or a Municipality for permission to subdivide a parcel of land into 6 or more lots, or applying for a variance to construct a multiple dwelling of 25 or more family units, or for approval of a site to be used for commercial purposes, shall list the names and addresses of all stockholders or individual partners owning at least 10% of its stock of any class, or at least 10% of the interest in the partnership, as the case may be.

**The Applicant is a non-profit corporation, and therefore does not have stockholders or partners owning a percentage of the entity. The Board of Directors includes:**

David Bodner
16 Grosser Lane
Monsey, NY 10952

Meir S. Brody
14 Aspen Court
Lakewood, NJ 08701

Rabbi Shlomo Feigenbaum
1755 51 St
Brooklyn, NY 11219

Yaakov Y. Friedman
160 Pine Circle Drive
Lakewood, NJ

Rabbi Mechel Gruss
920 Forest Ave
Lakewood, NJ

Rabbi Avrohom Kammer
8 Royal Ave
Lakewood, NJ

Rabbi Shlomo Lesin
684 9th Street
Lakewood, NJ

Shlomo Y. Rechnitz
102 N Alta Vista
Los Angeles, CA 90036

Barry Reichman
26 Alexandra Wood
Toronto, ONT, M5N-2S1

Harav Shlomo F Schustal
1043 E 17 St.
Brooklyn NY 11230

Yosef Warman
508 E 2nd St
Brooklyn, NY 11218

00062885.1